*CURRICULUM VITAE*

*Personal*
**2.** Deborah C. Mash, Ph.D.
**3.** (305) 865-5l70 (home)
**4.** (305) 243-5888 (office)          (305) 243-3649 (Fax)
**5. Address:**                          7552 W. Treasure Drive, Miami, Florida 33l4l
**6. Current Rank:**                     Professor
**7. Primary Department:**               Neurology
**8. Secondary Department:**             Molecular and Cellular Pharmacology
**9. Citizenship**:                      USA
**10. Visa Type**                        N/A

## 11. Higher Education

| | |
|---|---|
| 1970-1975 | B.A. (Cum Laude) Experimental Psychology |
| | Florida State University, Tallahassee, FL |
| | (Special honor conferred in Major, Honor's thesis: "The McCollough Effect with Sizes") |
| 1973 | Methodological Language Center, Moscow, USSR |
| 1978-1980 | M.S. Pharmacology and Toxicology (Neuropharmacology) |
| | Florida A&M University, Tallahassee, FL |
| | Thesis: "Endorphinergic Regulation of Serotonergic Pathways" |
| 1980-1984 | Ph.D. Pharmacology (Neuropharmacology) |
| | University of Miami School of Medicine, Miami, FL |
| | Dissertation: "Autoradiographic localization of $M_2$ muscarine receptors in the rat brain suggests a presynaptic location on cholinergic tracts: Implications for Alzheimer's disease." |
| 1984-1986 | Postdoctoral Fellow in Neurology (Neuroanatomy) |
| | Harvard Medical School, Beth Israel Hospital, Boston, MA |

## 12. Professional Experience / Academic

| | |
|---|---|
| 1971 - 1976 | Research Assistant, Florida State University, Tallahassee, FL |
| 1976 - 1978 | Research Technologist, Florida State University, Tallahassee, FL (small animal surgery, neurohistological and microscopic analysis, HRP and degeneration studies under the direction of Karen J. Berkley, Ph.D.) |
| 1978 - 1980 | Graduate student in Pharmacology, Florida A&M Univ. (Neurochemical studies of beta endorphin and serotonin interactions) |
| 1980 - 1984 | Graduate student in Pharmacology, University of Miami School of Medicine. (Biochemical and autoradiographic studies of muscarinic receptor subtypes in rat and human brain.) |
| 1984 - 1986 | Postdoctoral Fellow in Neurology (Neuroanatomy) Harvard Medical School, Boston, MA. (Human and primate architectonic studies of cholinergic receptor subtypes under the direction of M-Marsel Mesulam, M.D.) |
| 1986 - 1991 | Assistant Professor of Neurology and Pharmacology, UM School of Medicine |
| 1986 - Present | Director, University of Miami Brain Endowment Bank |
| 1987 - Present | Faculty Member, Interdepartmental Program in Neuroscience |
| 1990 - Present | Associate Director for Basic Research, Comprehensive Drug Research Center |
| 1991- 1997 | Associate Professor of Neurology and Molecular and Cellular Pharmacology (tenured 1992) |
| 1991 - 1996 | Member, National Institutes of Health, NINDS-NSPA Program Project Review Committee A |
| 1993 | National Institute on Drug Abuse, Office of Extramural Program Review, N01DA-3-8201 |
| 1995 - Present | Member, Scientific Advisory Panel, Heffter Research Institute, Lafayette, IN |
| 1997 - Present | Professor of Neurology and Molecular and Cellular Pharmacology (Effective 6/1/97) |
| 1996 - Present | Jeanne C. Levey Professor of Parkinson's Disease Research |
| 2000 - 2003 | Member, National Institutes of Health, Brain Disorders & Clinical Neuroscience ZRG1 (BDCN-6) |
| 2000 - 2006 | Member - Scientific Advisory Board for Life Extension, Fort Lauderdale, FL |

1

| | |
|---|---|
| 2001 | Member, National Institutes of Health, Center of Biologic Research and Excellence (COBRE) |
| 2002 | Visiting Scholar, Depts. Psychology and Biology, Victoria University, Wellington, New Zealand. |
| 2003 - Present | Member, Neural Basis of Psychopathology, Addictions, and Sleep Disorders (NPAS) |
| 2006 - Present | Ad Hoc Member, Neuropsychiatric Mechanisms, Models, and Pharmacology ZRG1 BDCN-A 90 |
| 2008 | Member, NIEHS special emphasis panel Environmental Factors in Neurodegenerative Diseases ZES1-LWJ-G-CN Feb 25-27, 2008. |
| 2008 | Member, ZMH1 ERB-S (04) S - Applications for Brainbanks, March 12, 2008 |
| 2008 | Chair, Special Emphasis Panel, Psychoactive Drug Screening ZMH1 ERB-S C5 S (NIMH) April 17, 2008 |
| 2008 | Member, GTEx (Genotype-Tissue Expression) resource panel. June 2-3, 2008 |
| 2009 | Member, NIH - Neurobiology of Psychiatric Disorders ZRG1 BDCN-A |
| 2009 | Member, NIH - Pathophysiological Basis of Mental Disorders and Addictions ZRG1 PMDA-A |
| 2009 - 2010 | Member, NIH - RFA-OD-09-003 Challenge Grant Panel 11 ZRG1 BDCN-T (58) R |
| 2010 - 2013 | Chief Scientific Officer, DemeRx, Inc. |
| 2011 | Member, NIH – NIDA Cutting-Edge Basic Research Awards (CEBRA) Special Emphasis Panel ZDA1 SXC-E December 2, 2011. |
| 2012 | Member, NIH-NIMH Neurobiobank Meeting Workshop May 14-15, 2012. |
| 2012 | Member, NINDS Workshop on the Neuropathology of Chronic Traumatic Encephalopathy Dec. 5-6. 2012. |
| 2013 | Member, Special Emphasis Panel-ALS Brain Bank(SPLH), July 23, 2013. |
| 2014 | Ad Hoc Member, PMDA Study Section, Pathophysiological Basis of Mental Disorders and Addictions (NIH), Feb. 6-7, 2014. |
| 2014 | Member, VA ALS Biorepository Brain Bank (VABBB) Steering/Oversight Committee (SEOC) |
| 2014 | Member, NIH Pathophysiological Basis of Mental Disorders and Addictions (PMDA) Study Section. |
| 2014 | Member, New York State Stem Cell Science (NYSTEM) Progam Consortia Peer Review Panel (AIBS), July 23-24, 2014 |
| 2014 | Chairperson, Special Emphasis Panel, SPLH, Gulf War Veteran's Illness Biorepository Scientific Review Sub-committee. November 5, 2014. |
| 2014 - Present | Committee Chairperson, NIH NeuroBioBank External Scientific Panel. |

**14. Board Certification & Licenses: None**

**15. Non-Academic: None**

**16. Military: None**

<u>**PUBLICATIONS:**</u>

**17. Books and Monographs**

1.) Hefti, F.H. and <u>Mash, D.C</u>. Localization of nerve growth factor receptors in the human brain. In: "Molecular Biology of the Human Brain", In: UCLA Symposium on Molecular and Cellular Biology, New Series, Vol. 72, (E.G. Jones ed.), Alan R. Liss, Inc. NY, pp. 119-132, 1988.

2.) Hefti, F.H., Montero, C. N., and <u>Mash, D.C</u>. Nerve growth factor rescues septal cholinergic neurons and promotes reinnervation of the hippocampus in rats with partial fimbrial transactions. In: "Current Issues in Neural Regeneration", (P. Reier, N. Bunge, F.J. Seil eds.), Alan R. Liss, New York, N.Y., pp. 105-115, 1988.

3.) <u>Mash, D.C</u>. Architecture of Cholinergic Pre- and Postsynaptic Markers in the Primate Striatum, In: "Progress in Parkinson's Disease", (F. Hefti and W. J. Weiner, eds.), Plenum Publishing Corp., pp., 31-37, l989.

4.) Hefti, F., Hartikka, J., Knusel, B. and <u>Mash, D.C</u>. Nerve growth factor and cholinergic neurons of the mammalian brain. In: "Brain Cholinergic Systems" (M. Shriach and Biesold, eds.) Oxford University Press, pp., 173-202, 1990.

2

5.) <u>Mash, D.C.</u>, and Flynn, D.D. Potential application of radiolabeled ligand studies of dementing diseases by Positron Emission Tomography. In: "Positron Emission Tomography in Dementia". (R. Duara, ed.,) Wiley-Liss, New York, pp. 149-160, 1990.

6.) <u>Mash, D.C.</u>, Sanchez-Ramos, J. and Weiner, W.J. Transferrin receptor regulation in Parkinson's Disease and MPTP-treated mice. In: "Parkinson's Disease: From Basic Research to Treatment" (H. Narabayashi, T. Nagatsu, N. Yanagisawa and Y., Mizuno, eds.). Raven Press, New York, NY, 1992.

7.) <u>Mash, D.C.</u> and Weiner, W.J. Transferrin receptors numbers are altered in Parkinson's Disease and experimental dopaminergic denervation. In: "Progress in Parkinson's Disease Research" (Hefti, F. and Weiner, W., eds.) Futura Publishing Co., Inc., New York, NY, 1992.

8.) <u>Mash, D.C.</u>, Singer, J., Pablo, J., Basile, M., Bruce, J. and Weiner, W.J. Iron Storage and Transport Markers in Parkinson's Disease and MPTP-Treated Mice. (Riederer, P. and Youdim, M.B.H., eds.) In: "Iron in CNS Disorders", Springer Verlag, Wien, pp. 103 - 114, 1993.

9.) <u>Mash, D.C.</u> Amyloid precursor protein and Alzheimer's disease: Identifying abnormal processing events that lead to the deposition of beta amyloid protein. In: "The Yearbook of Neurology and Neurosurgery", (Bradley, W. G. and Cromwell, R.M, eds.) pp. xlvii - li, Mosby Yearbook, Inc., NY, 1994.

10.) McCoy, C., Shapshak, P., Shah, S., McCoy, H., Rivers, J., Page, J., Chitwood, D., Weatherby, N., Inciardi, J., McBride, D., <u>Mash, D.C.</u>, Watters, J. HIV-1 Prevention: Interdisciplinary studies and reviews on efficacy of bleach and compliance to bleach prevention protocols. National Academy of Science Monographs, 1995.

11.) Hearn, W. L., <u>Mash, D.C.</u>, Pablo, J., Hime, G., Sambol, N.C., and Doepel, F.M. Pharmacokinetics of Ibogaine: Analytical method, animal-human comparisons, and the identification of a primary metabolite. Proceedings of the TIAFT-SOFT Joint Congress, Oct. 21 - Nov. 4, 1994 (Spiehler, V. ed.) Omnipress, Ann Arbor, MI, pp. 325 - 334, 1995.

12.) <u>Mash, D.C.</u> Neuroshamanism: Ancient knowledge meets modern science, In: Deepak Chopra's Infinite Possibilities, Vol. 1, Issue 3, pp. 1, 4, 8, 1996.

13.) Sanchez-Ramos, J. and <u>Mash, D. C.</u> Pharmacotherapy of drug dependence with Ibogaine, IN: Constructive Potential of Psychedelics: Cross-Cultural Perspectives, (Winkelman, M., and Andritzky, W., eds.) Yearbook of Cross-Cultural Medicine and Psychotherapy, Berlin, pp. 353- 367, 1996.

14.) <u>Mash, D.C.</u> and Staley, J.K. Cocaine recognition sites on the human dopamine transporter in drug overdose victims. In: Neurotransmitter transporter: Structure and Function, (M.E.A. Reith), Humana Press, pp. 315 - 341, 1996.

15.) <u>Mash, D.C.</u> Psychopathological manifestations of cocaine abuse. Drug Abuse in the Decade of the Brain, (Gabriel Nahas and Thomas Burks, eds.) IOS Press, pp. 259 - 266, 1997.

16.) <u>Mash, D.C.</u> Neuropsychiatric Consequences of chronic cocaine abuse. Drug Abuse Handbook, (Steven Karch, ed.), pp. 412 - 419, 1997.

17.) <u>Mash, D.C.</u>, Kovera, C. A., Buck, B.E., Norenberg, M.E., Shapshak, P., Hearn, W.L. and Sanchez-Ramos, J. Medication development of Ibogaine as a pharmacotherapy for drug dependence, (ed. Sayed Ali), Ann. New York Academy of Sciences, 844:274-292, 1998.

18.) Mufson, E.J., Kahl, U., Bowser, R., <u>Mash, D.C.</u>, Kordower, J.H., and Deecher, D. Galanin expression within the basal forebrain in Alzheimer's disease. In: Galanin: Basic Research Discoveries and Therapeutic Implications. Ann. New York Academy of Sciences, 863:291-304, 1998.

19.) Spanagel, R., Probst, J.C., <u>Mash, D.C.</u>, Skutella, T. Testing antisense oligonucleotides in animals. In: Manual of Antisense Methodology – Kluwer Academic Publishers, 11: 1-27, 1998.

20.) <u>Mash, D.C.</u>, Staley, J.K. D3 Dopamine and kappa opioid receptor alterations in human brain of cocaine overdose victims. In: Advancing from the Ventral Striatum to the Extended Amygdala: Implications for Neuropsychiatry and Drug Abuse - Ann. New York Academy of Sciences, 29(877):507-522, 1999.

21.) <u>Mash, D.C.</u>, Kramer, L.C., Segal, D., Izenwasser, S. Dopamine transporter mRNA in human brain: distribution and regulatory effects in autopsy studies of cocaine abusers. In: Cerebral Signal Transduction: From First to Fourth Messengers, (MEA Reith, ed.), Humana Press Inc., Totowa, NJ pp 401-417, 1999.

22.) Haracz, J.L., <u>Mash, D.C.</u>, Sircar, R. A multi-component learning model of drug abuse: Drug-taking and craving may involve separate brain circuits underlying instrumental and classical conditioning respectively. In: Advancing from the Ventral Striatum to the Extended Amygdala: Implications for Neuropsychiatry and Drug Abuse. Ann. New York Academy of Sciences, pp 401-417, 1999.

23.) <u>Mash, D.C.</u>, Kovera, C.A., Pablo, J., Tyndale, F.R., Ervin, F.D., Williams, I.C., Singelton, E.G., Mayor, Manny. Ibogaine: complex pharmacokinetics, concerns for safety, and preliminary efficacy measures. Ann New York Acad Science, 914:394-401, 2000.

24.) <u>Mash, D.C.</u>, Kovera, C.A., Pablo, J., Tyndale, R., Ervin, F.R., Kamlet, J.D., Hearn, W. L. Ibogaine in the treatment of heroin withdrawal. In: Ibogaine: Proceeding of the first International Conference., Alkaloid Series, Volume 56. Editors: Dr. Kenneth Alper and Dr. Stan Glick. Academic Press, San Diego, California pp 156-170, 2001.

25.) Baumann, M.H., Pablo, J., Ali, S.F., Rothman, R.B., <u>Mash, D.C.</u> Comparative neuropathology of ibogaine and its o-desmethyl metabolite, noribogaine. In: Ibogaine: Proceeding of the First International Conference., Alkaloid Series, Volume 56. Editors: Dr. Kenneth Alper and Dr. Stan Glick. Academic Press, San Diego, California pp 80-109, 2001.

26.) <u>Mash, D.C.</u> Dopamine receptor diversity. In: Parkinson's Disease Diagnosis and Clinical Management. (Dr. William Weiner and S.A.Factor, Editors). Demos Medical Publishing, Inc., New York, 233-241, 2002.

27.) <u>Mash, D.C.</u> and Staley, J.K. In vitro and in vivo imaging of the human dopamine transporter in cocaine abusers. In – Contemporary Neuroscience, Neurotransmitter Transporters: Structure, Function and Regulation. Edited by M.E.A. Reith, Human Press, Inc. Totowa, NJ. 467-501, 2002.

28.) <u>Mash, D.C.</u> Dopamine Receptor Diversity: Anatomy, Function and Relevance to Parkinson's Disease. In – Handbook of Parkinson's Disease (Third Edition), Edited by Rajesh Pawla, Kelly Lyons, and William C. Koller, Marcel Derker, Inc. New York, 2003.

29.) <u>Mash, D.C.</u> Neuropsychiatric Consequences of Chronic Cocaine Abuse (in) Chapter 6: Neurochemistry of drug abuse; Drug Abuse Handbook, (Steven Karch, ed.), pp. 527-535, 2006.

30.) <u>Mash D.C.</u> Dopamine Receptor Diversity: Chapter 23 In: Parkinson's disease Diagnosis and Clinical Management, 2nd edition. (Dr. William Weiner and S.A.Factor, Editors). Demos Medical Publishing, Inc., New York ISBN 1933864990 / 9781933864990, 2008.

31.) <u>Mash, D.C.</u> Neuropsychiatric Consequences of Chronic Cocaine Abuse (in) Neurochemistry of Abused drugs (Steven Karch, Ed.) Taylor and Francis, Boca Raton, FL. Pub date Sept 26, 2007.

32.) <u>Mash, DC.</u> Cyanobacterial Toxins in Neurodegeneration. CONTINUUM: Lifelong Learning in Neurology. Neurotoxicology. 14(5) Neurotoxicology:138-149, October 2008.

33.) <u>Mash, D. C.</u> Dopamine Transporter, Disease States and Pathology In: Dopamine transporters: Chemistry, Biology, and Pharmacology. (chapter 2) M.L. Trudell and S. Izenwasser, eds. Wiley and Sons, NY. August 2008.

34.) <u>Mash, D.C.</u> Biochemical Brain Markers in Excited Delirium Deaths in: TASER® Conducted Electrical Weapons: Physiology and Pathology, and Law (chapter 29). Eds: Mark Kroll& Jeff Ho, Springer Kluwer. February, 2009.

35.) ACEP Excited Delirium Task Force. White Paper Report on Excited Delirium Syndrome. American College of Emergency Physicians® 2009.

36.) Mash DC. Ibogaine therapy for substance abuse disorders: Clinical Addition Psychiatry: (Part 1, Chapter 6). Editors: Brizer, D. and Castaneda, R., Cambridge University Press, 2010.

37.) Less-Lethal Devices Technology Working Group; NIJ Weapons and Protective Systems Technologies Center , Institute for Non-Lethal Defense Technologies Applied Research Laboratory at The Pennsylvania State University. Special Panel Review of Excited Delirium. Hughes EL, editor . December 2011

## 18. Scientific Articles in Peer Reviewed Journals

1.) Berkley, K.J and Mash, D.C. Somatic sensory projections to the pretectum in the cat. Brain Res. 158:445-448, l978.

2.) Potter, L.T., Flynn, D.D., Hanchett, H., Kalinoski, D.L., Luber-Narod, J., and Mash, D.C. Independent M1 and M2 receptors: Ligands, autoradiography and functions. Trends in the Pharmacol. Sci. 22-31, l984.

3.) Mash, D.C., Flynn, D.D., Kalinoski, D.L., and Potter, L.T. Circadian variations in muscarine receptors in rat brain dependent upon endogenous agonist occupation. Brain Res. 331:35-38, l985.

4.) Mash, D.C., Flynn, D.D. and Potter, L.T. Loss of M2 muscarine receptors in the cerebral cortex in Alzheimer's disease and experimental cholinergic denervation. Science 228:115-117, l985.

5.) Mash, D.C. and Potter, L.T. Autoradiographic localization of M1 and M2 muscarine receptors in the rat brain. Neuroscience 19:55l-564, l986.

6.) Mufson, E.J., Martin, T.L., Mash, D.C., Wainer, B.H., and Mesulam, M-M. Cholinergic projections from the parabigeminal nucleus (Ch8) to the superior colliculus in the mouse: a combined analysis of horse radish peroxidase transport and choline acetyltransferase immunocytochemistry. Brain Res. 370: 144-148, l986.

7.) Flynn, D.D. and Mash, D.C. Characterization of L-[$^3$H]-nicotine binding in human cerebral cortex: Comparison between Alzheimer's disease and the normal. J. Neurochem. 47:1948-1954, l986.

8.) Hefti, F., Hartikka, J., Salvatierra, A., Weiner, W., and Mash, D.C. Localization of nerve growth factor receptors in the nucleus basalis of the human brain. Neurosci. Letters, 69:37-41, l986.

9.) Soliman, K. F.A., Mash, D.C., and Walker, C.A., The effect of altered 5-hydroxytryptamine levels on beta endorphin content in rat brain. Proc. Soc. Exp. Biol. and Med 182:187-193, 1986.

10.) Mash, D.C., White, W.F. and Mesulam, M-M. Distribution of muscarinic receptor subtypes within architectonic subregions of the primate cerebral cortex. J. Comp. Neurol. 278: 265-274, l988.

11.) Mufson, E.J., Mash, D.C., and Hersh, L.B., Neurofibrillary tangles in cholinergic pedunculopontine neurons in Alzheimer's disease. Ann. Neurol. 24: 623-629, l988.

12.) Efange, S. M., Mash, D.C., Hefti, F., Kung, H.F., and Billings, J., Selective visualization of rodent locus coeruleus by a radiolabelled N-methyl-4-phenyl-1,2,3,6-tetrahydropyridine analog. J. Neurochem. 53: 459-464, 1989.

13.) Hefti, F. and Mash, D.C., Localization of nerve growth factor receptors in the normal human brain and in Alzheimer's disease. Neurobiol. Aging 10:75-87, l989.

14.) Flynn, D.D. and Mash, D.C., Multiple *in vitro* interactions with and differential *in vivo* regulation of muscarinic receptor subtypes by tetrahydroaminoacridine. J Pharm Exper Ther 250:573-582, l989.

15.) Efange, S. M., Kung, H.F., <u>Mash, D.C.</u>, Jabir, M., Billings, J., Pablo, J., Dutta, A. and Freshler, A. Pargyline sensitive selective accumulation of a radiolabelled MPTP analog in the primate cerebral cortex and basal ganglia. Synapse 5: 207-212, 1990.

16.) <u>Mash, D.C.</u>, Pablo, J., Flynn, D.D., Efange, S.M. and Weiner, W.J., Characterization and distribution of transferrin receptors in rat brain. J. Neurochem. 55:1971-1979, 1990.

17.) Hearn, W.L., Flynn, D.D., Himes, G.W., Rose, S., Mantero-Atienza, E. Cofino, J.C., Wetli, C.V., and <u>Mash, D.C.</u>, Cocaethylene: A unique cocaine metabolite displays high affinity for the dopamine transporter. J. Neurochem. 56: 698-701, 1991.

18.) Flynn, D.D., Weinstein, D., and <u>Mash, D.C.</u>, Loss of high affinity agonist binding to M1 muscarinic receptors in Alzheimer's disease: Implications for the failure of cholinergic replacement therapy. Ann. Neurol. 29:256-262, 1991.

19.) Mesulam, M-M., Geula, C., Cosgrove, R., <u>Mash, D.C.</u>, and Brimijoin, S. Immunocytochemical demonstration of axonal and perikaryal acetylcholinesterase in human cerebral cortex. Brain Res. 539: 233-238, 1991.

20.) Itzhak, Y., <u>Mash, D.C.</u>, Zhang, S.H., and Stein, I. Characterization of N-methyl-4-phenyl-1,2,3,6- terahydropyridine (MPTP) binding sites in C57BL/6 mouse brain: Mutual effects of monamine oxidase inhibitors and sigma-ligands on MPTP and sigma binding sites. Mol. Pharm. 39:385-393, 1991.

21.) Hearn, W.L., Rose, S.L., Wagner, J., Ciarleglio, A.C., and <u>Mash, D.C.</u>, Cocaethylene is more potent than cocaine in mediating lethality. Pharmacol., Biochem., and Behavior 39: 531-533, 1991.

22.) <u>Mash, D.C.</u>, Pablo, J., Buck, B.E., Sanchez-Ramos, J. and Weiner, W.J. Distribution and number of transferrin receptors in Parkinson's disease and in MPTP-treated mice. Exp. Neurol. 114:73-81, 1991.

23.) Sanchez-Ramos, J.R., Song, S., <u>Mash, D.C.</u>, and Weiner, W.J., 21-Aminosteroids interact with the dopamine transporter to protect against MPP$^+$ toxicity. J. Neurochem. <u>58</u>: 328-334, 1992.

24.) <u>Mash, D.C.</u> and Flynn, D.D., Loss of high affinity agonist binding in Alzheimer's disease - Reply, Ann. Neurol. <u>31</u>: 231-232, l992.

25.) Flynn, D.D., Vaishnav, A.A., and <u>Mash, D.C.</u> Interactions of cocaine with primary and secondary recognition sites on muscarinic receptors. Mol. Pharm., 41: 736-742, 1992.

26.) Mesulam, M-M., Hersh, L.B., <u>Mash, D.C.</u>, and Geula, C. Differential cholinergic innervation within functional subdivisions of the human cerebral cortex. J. Comp. Neurol. 320; 282-299, 1992.

27.) <u>Mash, D.C.</u> and Zabetian, C., Sigma receptors are associated with cortical limbic areas in the primate brain. Synapse 12: 195- 205, 1992.

28.) Wang, S.Z., Zhu, S., <u>Mash, D.C.</u> and El-Fakahany, E.E. Comparisons of the concentration of messenger RNA levels encoding four muscarinic receptor subtypes in control and Alzheimer brains. Brain Res. 16:64-70, 1992.

29.) Mesulam, M-M., <u>Mash, D.C.</u>, Hersh, L.B., Bothwell, M., and Geula, C., Cholinergic innervation of the amygdaloid complex in the human striatum, globus pallidus, subthalamic nucleus, substantia nigra, and red nucleus. J. Comp. Neurol. 323:252-268, 1992.

30.) Perez-Pinzon, M.A., Rosenthal, M., Sick, T.J., Lutz, P., Pablo, J., and <u>Mash, D.C.</u>, Down-regulation of sodium channels during anoxia: A putative survival strategy of turtle brain. Amer. J. Physiology 262: 712 -714, l992.

31.) Flynn, D.D. and <u>Mash, D.C.</u> Distinct kinetic binding properties of N-[$^3$H]-methylscopolamine afford differential labeling and localization of M1, M2 and M3 muscarinic receptors in the primate brain. Synapse 14: 283 - 296, 1993.

6

32.) Shapshak, P., McCoy, C., Rivers, J., Mash, D.C., Chitwood, D., Weatherby, N., and Shah, S., Inactivation of human immunodeficiency virus-1 at short time intervals using undiluted bleach. J. Acquir Immune Defi. Syndr. 6: 218-219, 1993.

33.) Flynn, D.D., Sanchez, J. and Mash, D.C., Perinatal cocaine exposure alters sigma binding sites density in the placenta. Res. Comm. Substances of Abuse 14: 17 - 36, 1993.

34.) Emre, M., Heckers, S., Mash, D.C., Guela, C., and M-M. Mesulam, Cholinergic innervation of the amygdaloid complex in the human brain and its alterations in Alzheimer's disease. J. Comp. Neurol. 336: 117 - 134, 1993.

35.) Mash, D.C., Sanchez-Ramos, J., and Weiner, W. J., Transferrin receptor regulation in Parkinson's disease and MPTP-treated mice. Advances in Neurol. 60: 133 -139, 1993.

36.) Staley, J.K., Basile, M., Flynn, D.D., Mash D.C. Visualizing dopamine and serotonin transporters in the human brain with the potent cocaine analog [$^{125}$I]RTI-55: *In vitro* binding and autoradiographic characterization. J. Neurochem. 62: 549 - 556, 1994.

37.) Chakko, S., Sepulveda, S., Kessler, K., Mash, D.C., Prineas, R., and Myerberg, R. J. Frequency and Type of electrocardiographic abnormalities in cocaine abusers (Electrocardiogram in cocaine abuse). Am. J. Cardiology 74: 710-713, 1994.

38.) Uhl, G., Walther, D., Mash, D.C, Faucheux, B., and Javoy-Agid, F. Dopamine transporter mRNA in Parkinson's disease and control substantia nigra. Ann. Neurol. 35: 494-498, 1994.

39.) Shapshak, P., McCoy, C.B., Shah, S.M., Page, J.B., Rivers, J., Weatherby, N., Chitwood, D.D., and Mash, D.C. Preliminary laboratory studies on inactivation of HIV-1 in needles and syringes containing infected blood using undiluted household bleach, J. Acquir Immune Defi. Syndr. 7: 754 - 759, 1994.

40.) Newman, H.A., Allen, A.C., Witkin, J.M., Izenwasser, S., Mash, D.C. and Katz, J.L. The thermal decomposition product of "crack", AEME, and analogs do not appear to contribute acutely to the pharmacological or toxicological actions of cocaine. Med. Chem. Res. 4: 93 - 110, 1994.

41.) Baghdoyan, H.A., Mallios, V.J., Duckrow, R.B. and Mash, D.C. Localization of muscarinic receptor subtypes in brain stem areas regulating sleep. NeuroReport 5: 1631 - 1634, 1994.

42.) Ferrari-Dileo, G., Waelbroeck, M., Mash, D.C., and Flynn, D.D., A novel strategy for the selective labeling and localization of the M4 (m4) muscarinic receptor subtype. Mol. Pharm. 46:1028-1035, 1994.

43.) Zabetian, C., Staley, J. K., Flynn, D.D., and Mash, D.C. Kinetic and equilibrium analysis of [$^{3}$H]-(+)-pentazocine binding to sigma recognition sites in human cerebellum. Pharmacol. Letters 55:389-395, 1994.

44.) Staley, J.K., Hearn, W.L., Ruttenber, A.J., Wetli, C.V., and Mash, D.C. High affinity cocaine recognition sites on the dopamine transporter are elevated in fatal cocaine overdose victims. J. Pharm. Exp. Ther. 271:1678 - 1685, 1994.

45.) Flynn, D.D., Ferrari-Dileo, G., Mash, D.C., and Levey, A.I., Differential regulation of molecular subtypes of muscarinic receptors in Alzheimer's disease. J Neurochem 64:1888-1891, 1995.

46.) Ferrari-DiLeo, G., Mash, D.C., and Flynn, D.D., Attenuation of muscarinic receptor -G protein interaction in Alzheimer's disease. Mol and Chem Neuropath 24: 69-91, 1995.

47.) Staley, J.K., Boja, J.W., Carroll, F.I., Seltzman, H., Wyrick, C.D., Lewin, A.H., Abraham, P., and Mash, D.C., Mapping the dopamine transporter in human brain with the novel selective cocaine analog [$^{125}$I]RTI-121, Synapse 21: 364-372, 1995.

Case 2:13-cv-00180-JRG-MCLC   Document 233   Filed 03/01/16   Page 7 of 42   PageID #: 1931

48.) Mash, D.C., Staley, J.K., Baumann, M., Rothman, R.P., and Hearn, W.L., Identification of a primary metabolite of ibogaine that targets serotonin transporters and elevates serotonin. Pharmacol. Letters 57: 45-50, 1995.

49.) Mash, D.C., Pablo, J., Staley, J. K., Holohean, A.M., Hackman, J.C., and Davidoff, R.A., Properties of Ibogaine and a principal metabolite (12-Hydroxyibogamine at the MK-801 binding site on the NMDA- receptor complex. Neurosci. Letters 192:53-56, 1995.

50.) Flynn, D.D., Ferrari-Dileo, G., Levey, A.I., and Mash, D.C., Differential alterations in muscarinic receptor subtypes in Alzheimer's disease: Implications for cholinergic based therapy. Life Sci. 56: 869-876, 1995.

51.) Hearn, W.L., Pablo, J., Hime, G. and Mash, D.C. Identification and quantitation of ibogaine and an *o*-demethylated metabolite in brain and biological fluids using gas chromatography/mass spectrometry. J. Anal. Tox. 19:427-434, 1995.

52.) Baumann, M. H., Mash, D.C. and Staley, J.K., The serotonin agonist m-chlorophenylpiperazine (mCPP) binds to serotonin transporter sites in human brain. Neuroreport 6: 2150 - 2152, 1995.

53.) Mash, D.C., Staley, J.K., Doepel, F.M., Young, S., Ervin, F.R., and Palmour, R.P., Altered dopamine transporter densities in alcohol-preferring vervet monkeys. Neuroreport 7: 457 - 462, 1996.

54.) Wetli, C.V., Mash, D.C. and Karch, S. Cocaine-associated agitated delirium and the neuroleptic malignant syndrome. Amer. J. Emer. Med. 14(4): 425 - 428, 1996.

55.) Shah, S.M., Shapshak, P., River, J.E., Stewart, R.V., Weatherby, N.L., Xin, K.-Q., Page, J.B., Chitwood, D., Mash, D.C., Vlahov, D., and McCoy, C.B., Detection of HIV-1 DNA in needle/syringes, paraphernalia, and washed from shooting galleries in Miami: A preliminary laboratory report. J. Acquir Immune Defi. Syndr. 11(3): 301-306, 1996.

56.) Staley, J.K. and Mash, D.C. Adaptive increase in $D_3$ dopamine receptors in the brain reward circuits in cocaine fatalities. J. Neurosci. 16:6100-6106, 1996.

57.) Callaway, J.C., Raymom, L.R., Hearn, W.L., McKenna, D.M., Grob, C., Brito, G. and Mash, D.C., Quantitation of N, N-dimethyltryptamine and harmala alkaloids in human plasma after oral dosing with *Ayahuasca*. J Anal. Tox. 20:492-497, 1996.

58.) Staley, J.K., Ouyang, Q, Pablo, J., Hearn , W.L., Flynn, D.D., Rothman, R.B., Rice, K.C. Mash, D.C., Pharmacological screen for activities of 12-hydroxyibogamine: A primary metabolite of the indole alkaloid ibogaine. Psychopharm 127:10-18, 1996.

59.) Ruttenber, A. J., Lawler-Haevener, J., Wetli, C.V., Hearn, W. L., and Mash, D.C., Fatal excited delirium following cocaine use: Epidemiologic findings provide evidence for new mechanisms of cocaine toxicity. J. Forensic Tox. 42(11): 25 -31, 1997.

60.) Mash, D.C. Are neuroadaptions in D3 dopamine receptors linked to the development of cocaine dependence? Mol Psychiatry (News and Views) 2: 7-8, 1997.

61.) Segal, D.M., Moraes, C.T., and Mash, D.C. Upregulation of D3 dopamine receptor mRNA in the nucleus accumbens from human cocaine overdose fatalities. Mol Brain Res. 45(2):335-339, 1997.

62.) Staley, J.K., Talbot, J.Z., Ciliax, B.J., Miller, G.W., Levey, A.I., Kung, M.P., Kung, H., and Mash, D.C. Radioligand and immunoautoradiographic evidence for a lack of toxicity to dopaminergic neurons in human cocaine overdose victims. Brain Res 747:219-229, 1997.

63.) Miller, G.W., Staley, J.K., Heilman, C.J., Perez, J.T., Mash, D.C., Rye, D.B., and Levey, A.I., Immunochemical analysis of dopamine transporter protein in Parkinson's Disease. Ann Neurol. 41(4):530 - 539, 1997.

64.) Efange, S.M.N., Garland, E., Staley, J.K., Khare, A. B., and Mash, D.C., Vesicular acetylcholine transporter (VAChT) density and Alzheimer's disease. Neurobiol. of Aging 18(4):407-13, 1997.

65.) Staley, J.K., Mash, D.C., Parsons, S.M., Khare, A.B., and Efange, S.M., Pharmacological characterization of the vesamicol analogue (+)-[125I]MIBT in primate brain. Eur. J. Pharmacol. 338:159-169, 1997.

66.) Staley, J.K. Rothman, R.B. Rice, K.C., Partilla, J. Mash, D.C. Kappa2 opioid receptors in limbic areas of the human brain are upregulated by cocaine in fatal overdose victims. J. Neurosci. 17(21):8225-33, 1997.

67.) Guillozet, A.L. Smiley, J.F. Mash, D.C., Mesulam, M.-M. Butyrylcholinesterase in the life cycle of amyloid plaques. Ann Neurology 42(6):909-18, 1997.

68.) Efange, S.M.N., Mash, D.C., Khare, A.B., Ouyang, Q. Modified ibogaine fragments: synthesis and preliminary pharmacological characterization of 3-ethyl-5-phenyl-1,2,3,4,5,6 hexahydroazepino [4,5-b] benzothiophenes. J. Med. Chem. 41(23):4486-91, 1998.

69.) Pablo, J. and Mash, D.C. Noribogaine stimulates naloxone-sensitive [$^{35}$S]GTP$\gamma$S binding. NeuroReport 9:109-114, 1998.

70.) Obach, R. S., Pablo, J. and Mash, D.C. Cytochrome P4502D6 catalyzes the O-demethylation of the psychoactive alkaloid ibogaine to 12-hydroxyibogamine. Drug Metabolism and Disposition 25(12):1359-69, 1998.

71.) Deecher, D.C. Mash, D.C., Staley, J.K. and Mufson, E.J.,   Characterization and localization of galanin receptors in human entorrhinal cortex.  Regal Peptide 73(3):149-59, 1998.

72.) Einstein, G., Patel, V., Bautista, P., Kenna, M., Melone, L., Fader, R., Karson, K., Mann, S., Saunders, A., Hulette, C., Mash, D.C., Roses, A., and Schmechel, D.  Intraneuronal ApoE in human visual cortical areas reflects the staging of Alzheimer's disease pathology.  J. Neuropath. and Exp. Neurol. 57(12):1190-1201, 1998

73.) Hulette, C.M., Welsh-Bohmer, K.A., Murray, M.G., Saunders, A.M., Mash, D.C., and McIntyre, L.M., Neuropathol. and neuropsychological changes in "normal" aging: Evidence for preclinical Alzheimer's disease in cognitively normal individuals.  J Neuropathol. Exp. Neurol. 57:1168-1174, 1998.

74.) Ciliax, B.J., Drash, G.W., Staley, J.K., Haber, S., Mobley, C.J., Miller, G.W., Mufson, E.J., Mash, D.C. and Levey, A.I., Immunocytochemical localization of the dopamine transporter in human brain. J. Comp. Neurol. 409:38-56, 1999.

75.) Ma, S.Y., Ciliax, B.J, Stebbins, G., Jaffar, S., Joyce, J.N., Cochran, E.J., Kordower, J.H., Mash, D.C., Levey, A.I., and Mufson, E.J., Dopamine transporter-immunoreactive neurons decrease with age in the human substantia nigra: A stereologic analysis. J. Comp. Neurol. 409:25-37, 1999.

76.) Chen, L., Segal, D., and Mash, D.C., Semi-quantitative reverse-transcriptase polymerase chain reaction: An approach for the measurement of target gene expression in human brain. Brain Res. Protocols 4:132-139, 1999.

77.) Zubaran, C., Shoaib, M., Stolerman, I.P., Pablo, J., Mash, D.C., Noribogaine generalization to the ibogaine stimulus: Correlation with noribogaine concentration in rat brain. Neuropsychopharmacology 21: 119-126, 1999.

78.) Izenwasser, S., Staley, J.K., Cohn, S., and Mash D.C., Characterization of kappa1-opioid receptor binding in human insular cortex. Life Sci. 65:857-862, 1999.

79.) Chen, L., Segal, D.M., Moraes, C.T. and Mash, D.C., Dopamine transporter mRNA in autopsy studies of chronic cocaine users. Mol. Brain Res. 73:181-185, 1999.

80.) Miller, G.W., Erickson, J.D., Perez, J.T., Penland, S.N., Mash, D.C., Rye, D.B., Levey, A.I. Immunochemical analysis of vesicular monoamine transporter (VMAT2) protein in Parkinson's disease.  Exp. Neurol. 156:138-148, 1999.

Case 2:13-cv-00180-JRG-MCLC   Document 233   Filed 03/01/16   Page 9 of 42   PageID #: 1933

81.) Callaway, J.C., McKenna, D.J., Grob, C.S., Brito, G.S., Raymon, L.P., Poland, R.E., Andrade, E.N., Andrade, E.O., Mash, D.C. Pharmacokinetics of Hoasca alkaloids in healthy humans. J Ethnopharmacol 65(3):243-56, 1999.

82.) Basile, D. V.; Punch, M. S.; Pablo, J.; Brenner, B.; Hearn, W. L. and Mash, D. C. Indole alkaloids from tissue-cultured Tabernanthe iboga H. Bn, Natural Product Letters 13(3), 233-238, 1999.

83.) Mufson, E.J., Deecher, D.C., Basile M., Izenwasser, S., and Mash, D.C. Galanin receptor plasticity within the nucleus basalis in early and late Alzheimer's Disease: an *in vitro* autoradiographic analysis. Neuropharmacology 39:1404-1412, 2000.

84.) Hurley, M.J., Mash, D.C., Jenner, P. Adenosine A2A receptor mRNA expression in Parkinson's disease. Neurosci. Letters, 291(1):54-8, 2000.

85.) Wang, Y., TesFaye, E., Yasuda, R.P., Mash, D.C., Armstrong, D.M., Wolfe, B.B. Effects of postmortem delay on subunits of ionotropic glutamate receptors in human brain. Brain Res Mol Brain Res 80(2):123-131, 2000.

86.) Mash, D.C., Staley, J.K., Izenwasser, S., Basile, M., Ruttenber, A.J. Serotonin transporters upregulate with chronic cocaine use. J. Chem. Neuroanatomy, 20:271-280, 2000.

87.) Eshleman, A.J., Wolfrum, K, Mash, D.C., Christensen, K., and Janowsky, A. Drug interactions with the dopamine transporter in cryopreserved human caudate. J. Pharmacol. Exp. Ther., 296(2):442-449, 2001.

88.) Hurley, M.J., Mash, D.C., Jenner, P. Dopamine D$_1$ receptor expression in Parkinson's disease. Mol. Brain Res. Mar 5;87(2):271-9, 2001.

89.) Baumann, M.H., Rothman, R.B., Pablo, J.P., Mash, D.C. *In vivo* neurobiological effects of ibogaine and its *o*-Desmethyl metabolite, 12-hydroxyibogamine (Noribogaine), in rats. J. Pharm. Exp. Ther. 297(2):531-539, 2001.

90.) Counts, S.E., Perez, S.E., Kahl, U., Bartfai, T., Bowser, R.P., Deecher, D.C., Mash, D.C., Crawley, J.N., Mufson, EJ. Galanin: Neurobiologic mechanisms and therapeutic potential for Alzheimer's disease. CNS Drug Reviews, 7(4):445-470, 2001.

91.) Henderson, R.F., Barr, E.B., Blackwell, W.B., Clark, C.R., Conn, C.A, Kalra, R., March, T.H., Sopori, M.L, Tesfaigzi, Y., Menache, M.G., Mash, D.C., Dokladny, K., Kozak, W., Kozak, A., Wachulec, M., Rudolph, K., Kluger, M.J., Singh, S.P., Razani-Boroujerdi, S., Langley, R.J. Response of F344 rats to inhalation of subclinical levels of sarin: exploring potential causes of Gulf War illness. Toxicology and Industrial Health, 17:294-297, 2001.

92.) Miksys, S., Rao, Y., Hoffmann, E., Sellers, E.M., Mash, D.C., Tyndale, R.F. Regional and cellular expression of cytochrome P450 2D6 in human brain: Higher levels in alcoholics. J. Neurochem. 82:1376-1387, 2002.

93.) Mash, D.C., Pablo, J., Ouyang, Q., Hearn, W.L., Izenwasser, S. Dopamine transport function is elevated in cocaine users. J. Neurochem. 81:292-300. 2002.

94.) Bannon, M.J., Pruetz, B., Manning-Bog, A.B., Whitty, C.J., Michelhaugh, S.K., Sacchetti, P., Grannerman, J.G., Mash, D.C., Schmidt, C.J. Decreased expression of the transcription factor NURR1 in dopamine neurons of cocaine abusers. Proc. Nat. Acad. Sci. 99(9):6382-6385, 2002.

95.) Perez, S., Basile, M., Mash, D.C., Mufson, E.J. Galanin receptor over-expression within the amygdala in early Alzheimer's disease: An in-vitro autoradiographic analysis. J. Chem. Neurol. 24:109-116, 2002.

96.) Henderson, R.F., Barr, E.B., Blackwell, W.B., Clark, C.R., Conn, C.A., Kalra, R., March, T.H., Sopori, M.L., Tesfaigzi, Y., Menache, M.G., Dokladny, K., Kozak, W., Kozak, A., Wachulec, M., Rudolph, K., Kluger, M.J., Singh, S.P., Razani-Boroujerdi, S., Mash, D.C., Langley, R.J. Response of rats to low levels of sarin. Toxicol. Appl. Pharmacol. 184(2):67-76 2002.

10

97.) Hurley, MJ, Mash, DC, Jenner, P. Expression of cannabinoid CB1 receptor mRNA in basal ganglia of normal and parkinsonian human brain. J. Neurol. Transm. 110: 1279-1288, 2003.

98.) Guillozet, A.L., Weintraub, S., Mash, D.C., Mesulam, M-Marsel. Neurofibrillary tangles, amyloid plaques and memory impairment in aging and MCI. Arch. Neurol. 60(5):729-36, 2003.

99.) Mash, D.C., Ouyang, Q., Pablo, J., Basile, M., Izenwasser, S., Lieberman, A., Perrin, R. Cocaine abusers have an overexpression of alpha-synuclein in dopamine neurons. J. Neurosci. 23(7):2564-2571, 2003.

100.) Howard, L.A., Miksys, S., Hoffmann, E., Mash, D., Tyndale, R.F. Brain CYP2E1 is induced by nicotine and ethanol in rat and is higher in smokers and alcoholics. Br. J. Pharmacol. 138(7):1376-86, 2003.

101.) Miksys, S., Lerman, C., Shiled, P.G., Mash, D.C., Tyndale, R.F. Miksys S, Lerman C, Shields PG, Mash DC, Tyndale RF. Smoking, alcoholism and genetic polymorphisms alter CYP2B6 levels in human brain. Neuropharmacology 45(1):122-32, 2003.

102.) Pasarella, D., Favia, R., Giardini, A., Lessma, G., Martinelli, M., Silvani, A., Danieli, B., Efange, S.M.N., and Mash, D.C. Ibogaine analogues. Synthesis and preliminary pharmacological evaluation of 7-heteroaryl-2-azabicyclo[2.2.2]oct-7-enes. Biorg. Med. Chem. 11(6):1007-14, 2003.

103.) Tang, W.X., Fasulo, W.H., Mash, D.C., Hemby, S.E. Molecular profiling of midbrain dopamine regions in cocaine overdose victims. J. Neurochem. 85: 911-924, 2003.

104.) Hurley, M.J., Mash, D.C., Jenner, P. Markers for dopaminergic neurotransmission in the cerebellum in normal individuals and patients with Parkinson's disease examined by RT-PCR. Eur. J. Neurosci. 18(9):2668-2672, 2003.

105.) Lockhart, P.J., Lincoln, S., Hulihan, M., Kachergus, J., Wilkes, K., Bisceglio, G., Mash, D.C., Zbigniew Wszolek, and Farrer, MJ. DJ-1 mutations are a rare cause of recessively inherited early-onset Parkinsonism mediated by loss of protein function. J. Med. Genet. 41:1-6, 2004.

106.) Stephens, B.G., Baselt, R., Jentzen, J.M., Karch, S., Mash, D.C., Wetli, C. V. Criteria for the interpretation of cocaine levels in human biological samples and their relation to cause of death. J. Forensic Med. Path. 25(1):1-10, 2004.

107.) Stephens, B.G., Jentzen, J.M., Karch, S., Wetli, C.V., and Mash, D.C. National Association of Medical Examiners position paper on the certification of cocaine-related deaths. J. Forensic Med. Pathol. 25(1):11-13, 2004.

108.) Mesulam, M., Shaw, P., Mash, D.C., Weintraub, S. Cholinergic nucleus basalis tauopathy emerges early in the aging-MCI-AD continuum. Ann Neurol. 55:815-825, 2004.

109.) Zhu, G., Lipsky, R.H., Xu, K., Ali, S., Hyde, T., Kleinman, J., Akhtar, L.A., Mash, D.C., Goldman, D. Differential expression of human COMT alleles in brain and lymphoblasts detected by RT-coupled 5' nuclease assay. Psychopharm 177:178-184, 2004.

110.) Mash, D.C., Ouyang, Q., Qin, Y, and Pablo, J. Norepinephrine transporter immunoblotting and radioligand binding in cocaine abusers. J. Neurosci. Methods 143(1):79-85, 2005.

111.) Rossi, M.A., Mash, D.C., and deToledo-Morrell. Spatial memory in aged rats is related to PKC delta G-protein coupling of the M1 receptor. Neurobiol. Aging 26(1):53-68, 2005.

112.) Papapetropoulos, S., Gonzalez, J., Lieberman, A., Mash, D.C. Dementia in Parkinson disease: a post-mortem study in a population of brain donors. Int. J. Geriatr. Psychiatry. 20(5):418-22, 2005.

113.) Papapetropoulos, S., Mash, D.C. The neurochemical mechanism of rebound psychosis in Parkinson's disease. Mov. Disord. 20(4):515, 2005.

Case 2:13-cv-00180-JRG-MCLC   Document 233   Filed 03/01/16   Page 11 of 42   PageID #: 1935

114.) Papapetropoulos, S., Singer, C., Villar, J.M., Gonzalez, J., Mash, D.C. Does cigarette smoking provide clinically significant neuroprotection among patients diagnosed with Parkinson's disease? Mov Disord 20(5):641-642, 2005.

115.) Papapetropoulos, S., Mash, D.C. Psychotic symptoms in Parkinson's disease. From description to etiology. J Neurol 252(7):753-64, 2005.

116.) Papapetropoulos, S. Mash, D.C. Alpha-synuclein aggregation and its relation to neurodegenerative diseases. Ann Neurol 57(4):605, 2005.

117.) Papapetropoulos, S., Lieberman, A., Gonzalez, J., Mash, D.C. Can Alzheimer's type pathology influence the clinical phenotype of Parkinson's disease? Acta Neurol Scand 111(6):353-9, 2005.

118.) Papapetropoulos, S., Gonzalez, J., Mash, D.C. Natural History of Progressive Supranuclear Palsy: A Clinicopathologic Study from a Population of Brain Donors. Eur Neurol 54(1):1-9, 2005.

119.) Mash, D.C. Ibogaine Therapy. Euro Neuropsychopharm 15(3):S322, 2005.

120.) Hemby, S.E., Tang, W., Mully, E.C., Kuhar, M.J., Howell, L., and Mash, D.C. Cocaine-induced alterations in nucleus accumbens ionotropic glutamate receptor subunits in human and non-human primates. J Neurochem 95(6):1785-93, 2005.

121.) Qin, Y., Ouyang, Q., Pablo, J., and Mash, D.C. Cocaine abuse elevates alpha-synuclein and dopamine transporter levels in the human striatum. Neuroreport 16(13):1489-93, 2005.

122.) Papapetropoulos, S., Singer, C., McCorquodale, D., Gonzalez, J., Mash, D.C. Cause, seasonality of death and co-morbidities in progressive supranuclear palsy (PSP). Parkinsonism Relat Disord 11(7):459-63, 2005.

123.) Papapetropoulos, S., Villar, J.M., Gonzalez, J., Mash, D.C. Disparities in death certificates of Parkinson's disease patients: a report from a population of brain donors. Mov Disord 21(10):1791-2, 2006.

124.) Passarella, D., Barilli, A., Efange, SMN., Elisabetsky, E., Leal, M.B., Lesma, G., Linck, V.M., Mash, D.C., Martinelli, M., Peretto, H., Silvani, A., Danieli, B. Nature-inspired indolyl-2-azabicyclo [2.2.2] act-7-ene derivatives as promising agents for the attention of withdrawl symptoms. Synthesis of 20-desethyl-20-hydroxymethyl-11-demethoxyibogaine. Nat Prod Res 20(8):758-65, 2006.

125.) Papapetropoulos, S., Gonzalez, J., Mash, D.C. The effect of ischemic cerebrovascular disease on the survival duration and clinical characteristics of Parkinson's disease. A post-mortem study. Eur J Neurol Jan;13(1):96-7, 2006.

126.) Papapetropoulos, S., Lieberman, A., Gonzalez, J., Singer, C., Laufer, D., Mash, D.C. Family history of dementia: Dementia with lewy bodies and dementia in parkinson's disease. J Neuropsychiatry Clin Neurosci 18(1):113-6, 2006.

127.) Ross, O., Toft, M., Johnson, J.L., Mash, D.C, Papapetropoulos, S., Litvan, I., Gordon, M.F., Farrer, M.J., Dickson, D.W. Lrrk2 and Lewy body disease. Ann Neurol 59(2):388-93, 2006.

128.) Drgon, T., Lin, Z., Wang, G-J., Fowler, J., Kouzmenko, A., Pablo, J., Mash, D.C., Volkow, N., Uhl, G.R. Common human 5' dopamine transporter (SLC6A3) haplotypes yield varying expression levels *in vivo*. Cell Mol Neurobiol 26(4-6):875-89, 2006.

129.) Papapetropoulos S, Villar JM, Mash D.C. Is ischemic cerebrovascular disease a risk factor for dementia in patients with Parkinson's disease? Acta Neurol Scand 113(5):353-4, 2006.

130.) Papapetropoulos S, Gonzalez, J., Mash D.C. Cortical and amygdalar Lewy body burden in Parkinson's disease patients with visual hallucinations. Parkinsonism Relat Disord 12(4):253-6, 2006.

131.) Papapetropoulos, S., Singer, C., Ross, O., Toft, M., Farrer, M.J., Mash, D.C. Clinical heterogeneity of Lrrk2 G2019S. Arch of Neurology 63(9):1242-6, 2006.

12

132.) Papapetropoulos S, Mash D.C. Insular pathology in Parkinson's disease patients with orthostatic hypotension. Parkinsonism Relat Disord. 2007 Jul;13(5):308-11. Epub 2006 Sep 7.

133.) Papapetropoulos S.,French-Mullen J.M, Mccorquodale D., Buck A., Qin Y., Pablo J., Mash D.C. Multiregional Gene Expression Profiling Identifies mitochondrial ribosomal protein S6 (MRPS6) as a candidate gene for Parkinson'Disease. Gene Expression.2006;13(3):205-15.

134.) Papapetropoulos S, Mash DC. Visual hallucinations in progressive supranuclear palsy [3]. European Neurology, 2006;54(4), 217-219. doi: 10.1159/000090713.

135.) Grudzien, A., Shaw, P., Weintraub S., Bigio, E., Mash, D.C., Mesulam, M-M. Locus coeruleus neurofibrillary degeneration in aging, mild cognitive impairment and early Alzheimer's disease. Neurobiol Aging 2007;28(3):327-35.

136.) Papapetropoulos S, Mash DC. Motor fluctuations and dyskinesias in advanced/end stage Parkinson's disease: A study from the population of brain donors. Journal of Neural Transmissions. 2007;114(3):341-345.

137.) Papapetropoulos S, Ferrer M.J., Stone J.T., Milkovic N.M., Ross O.A., Calvo L., McQuorquodale D., Mash D.C. Phenotypic associations of tau and ApoE in Parkinson's disease. Neurosci Lett 414(2):141-4, 2007.

138.) Papapetropoulos S., Tuchman A., Laufer D., Papatsoris A.G., Papapetropoulos N., Mash D.C. Causes of death in multiple systems atrophy. J Neurol Neurosurg Psychiatry 78(3):327-9, 2007.

139.) Papapetropoulos S, Mash DC, Dopaminergic innervation of the human striatum in Parkinson's disease [5]. Movement Disorders.2007;22(2):286-288.

140.) Papapetropoulos S., Adi, N., Mash, D.C., Shehadi L., Bishopric N., Shehadi L. Expression of alpha-synuclein mRNA in Parkinson's disease. Mov Disord. 2007;22(7):1057-9.

141.) Lincoln S., Ross O., Milkovic N.M., Dickson D.W., Rajput A., Robinson C.A., Papapetropoulos S., Mash D.C., Farrer M.J. Quantitative PCR-based screening of alpha-synuclein multiplication in multiple system atrophy. Parkinsonism Relat Disord. 2007;13(6):340-2.

142.) Papapetropoulos S, Tuchman A, Laufer D, Mash DC. Hallucinations in multiple system atrophy. Parkinsonism and Related Disorders.2007;13(3), 193-194. doi: 10.1016/j.parkreldis.2006.07.016

143.) Lesnick TG, Papapetropoulos S, Mash D.C, Ffrench-Mullen J, Shehadeh L, de Andrade M, Henley JR, Rocca WA, Ahlskog JE, Maraganore DM. A genomic pathway approach to a complex disease: Axon guidance and Parkinson disease. PLoS Genet Jun 15 2007;3(6):0984-0995.

144.) Tannu N., Mash D.C., Hemby S.E., Cytosolic proteomic alterations in the nucleus accumbens of cocaine overdose victims. Mol Psychiatry Jan 2007;12(1):55-73.

145.) Papapetropoulos S, Tuchman A, Laufer D, Papatsoris AG, Papapetropoulos N, Mash DC. Cause of death in multiple systems atrophy [4]. Journal of Neuro, neurosci and psych. 2007;78(3):327-329.

146.) Mash D.C., ffrench-Mullen J, Adi N, Qin Y, Buck A, Pablo J. Gene expression in human hippocampus from cocaine abusers identifies genes which regulate extracellular matrix remodeling. PLoS ONE 1 Nov 14;2(11):e1187, 2007.

147.) Schenk S, Hely L, Lake B, Daniela E, Gittings D, Mash D.C. MDMA self-administration in rats: Acquisition, progressive ratio responding, and serotonin transporter binding. Eur J Neurosci 26(11): 3229–3236, 2007.

148.) Zhou Z., Zhu G., Hariri A.R., Enoch M.A., Scott D., Sinha R., Virkkunen M., Mash D.C., Lipsky R.H., Hu X.Z., Hodgkinson C.A., Xu K., Buzas B., Yuan Q., Shen P.H., Ferrell R.E., Manuck S.B., Brown S.M., Hauger R.L., Stohler

13

C.S., Zubieta J.K., Goldman D. Genetic variation in human NPY expression affects stress response and emotion. Nature Apr 24 2008;452(7190):997-1001.

149.) <u>Mash D.C.</u>, Adi N, Duque L, Pablo J, Kumar M, Ervin FR. Alpha synuclein protein levels are increased in serum from recently abstinent cocaine abusers. Drug Alcohol Dep Apr 2008;1;94(1-3):246-50.

150.) Mann A., Miksys S., Lee A., <u>Mash D.C.</u>, Tyndale RE. Induction of the drug metabolizing enzyme CYP2D in monkey brain by chronic nicotine treatment. Neuropharm Dec 2008;55(7): 1147-1155.

151.) Lull M.E., Freeman W.M., Vrana KE, <u>Mash D.C.</u> Correlating human and animal studies of cocaine abuse and gene expression. Addiction Reviews Ann N Y Acad Sci. 2008;1141:58-75.

152.) Vilariño-Güell C., Soto A.I., Lincoln S.J., Ben Yahmed S., Kefi M., Heckman M.G., Hulihan M.M., Chai, H., iehl N.N., Amouri R., Rajput A., <u>Mash D.C.</u>, Dickson D.W., Middleton L.T., Gibson R.A., Hentati F., Farrer M.J. *ATP13A2* variability in Parkinson's disease. Human Mutation.2009;30(3):406-410.

153.) Farrer M., Williams L.N., Algom A.A., Kachergus J., Hulihan M.M., Ross O.A., Rajput A., Papapetpoulos S., <u>Mash D.C.</u>, Dickson D.W. Glucosidase-beta variations and Lewy Body Disorders. Parkinsonism Relat Disor 2009;15(6):414-416.

154.) Jiang X., Zhouo J., <u>Mash D.C.</u>, Marini A.M. Lipsky R.H. Human BDNF isoforms are differently expressed in cocaine addicts and are sorted to the regulated secretory pathway independently of the Met66 substitution. Neuromol. Med.2009;11(1):1-12.

155.) Pablo J., Banack S.A., Cox P.A., Johnson T.E., Papapetropoulos S., Bradley W., Buck, A., <u>Mash D.C.</u> Cyanobacterial neurotoxin BMAA in ALS and Alzheimer's Disease. Acta. Neurol. Scand., 120:216-225, 2009.

156.) Wider, C, Dachsel, J.C., Soto, A., Heckman, M.G., Diehl, N.N., Yue, M., Lincoln, S., Aasley, J.O., Haugarvoll, K., Trojanowski, J.Q., Papapetropoulos, S., <u>Mash, D.C.</u>, Rajput, A., Rajput, A.H. Gibson, J.M., Lynch, T., Dickson, D.W., Uitti, R.J., Wszolek, Z.K., Farrer, M.J., Ross, O.A. FGF20 and Parkinson's disease: No evidence of association or pathogenicity via α-Synuclein expression. Mov. Disord. 2009;24(3):455-9..

157.) <u>Mash, D.C.</u>, Duque, L, Pablo, J, Qin, Y., Adi, N., Hearn, W.L., Hyma, B.A., Karch, S.B., Druid, H. Biomarkers for identifying excited delirium as a cause of sudden death. Forensic Sci. Int.,2009;190(1-3):e13-9.

158.) Bradley WG, Cox PA, Pablo J, Banack S, Papapetropoulos S, Johnson H, <u>Mash DC.</u> Cyanobacteria, BMAA and ALS. Revista Neurociencias,2009;17(SUPPL.):24-25.

159.) Wider C, Lincoln S, Dachsel JC, Kapatos G, Heckman MG, Diehl NN, Papapetropoulos S, <u>Mash D.C.</u>, Rajput A, Rajput AH, Dickson DW, Wszolek ZK, Farrer, MJ. GCH1 expression in human cerebellum from healthy individuals is not gender dependent. Neurosci. Lett. 2009;462(1):73-5.

160.) Bradley WG and <u>Mash D.C.</u> Beyond Guam: The Cynobacteria/BMAA hypothesis of the cause of ALS and other neurodegenerative diseases. Amyotroph Lateral Sclerosis 2009;10(Suppl. 2):7-20.

161.) Wider C, Lincoln S, Dachsel JC, Kapatos G, Heckman MG, Diehl NN, Papapetropoulos S, <u>Mash D.C.</u>, Rajput A, Rajput AH, Dickson DW, Wszolek ZK, Farrer MJ. GCH1 expression in human cerebellum from healthy individuals is not gender dependent. Neurosci. Letters 462:73-75, 2009.

162.) Adi N, <u>Mash D.C.</u>, Ali Y, Singer C, Shehadeh L, Papapetropoulos S. Melatonin MT1 and MT2 receptor expression in Parkinson's disease. Med. Sci. Monit. 2010;16(2):BR61-7.

163.) Brand L., Compton A., Hammerschlag N., <u>Mash D.C</u>, Pablo J., Basile M. Cyanobacterial blooms and biomanigfication of the neurotoxin BMAA in South Florida coastal waters. Harmful Algae. 2010 Sep 1;9(6):620-635.

14

164.) Brand LE, Pablo J, Compton A, Hammerschlag N, <u>Mash D.C.</u> Cyanabacterial blooms and the occurrence of the neurotoxin beta-N-methylamino-L-alanine (BMAA), in south Florida aquatic food webs. Harmful Algae 9 (2010) 620-63.

165.) Moyer R.A., Wang D, Papp A, Smith R, Duque L, Mash D.C., Sadee W., Intronic polymorphisms affecting alternative splicing of human dopamine D2 receptor are associated with cocaine abuse. Neuropsychopharmacology. 2011 Mar;36(4):753-62. doi: 10.1038/npp.2010.208. Epub 2010 Dec 8.

166.) C. Vilarino-Guell, A.I. Soto-Ortolaza, A. Rajput, S. Papapetropoulos, R. Pahwa, K.E. Lyons,, R.J. Uitti, Z.K. Wszolek, D.W. Dickson,, M.J. Farrer, Ross O.A., <u>Mash D.C.</u> Microtubule associated protein tau H1 haplotype is a risk factor for essential tremor and multiple system atrophy. Neurology. 2011 Feb 15;76(7):670-2. doi: 10.1212/WNL.0b013e31820c30c1.

167.) Goldstein D.S., Sullivan P, Holmes C, Kopin I.J., Basile M, <u>Mash D.C.</u> Catechols in post-mortem brain of patients with Parkinson Disease. Eur. J. Neurol. 2011;18(5):703-710.

168.) Smith R.M., Alachkar H, Papp A.C., Wang D, <u>Mash D.C.</u>, Wang J.C., Bierut L.J., Sadee W. Nicotinic α5 receptor subunit mRNA expression is associated with distant 5' upstream polymorphisms. Eur. J. Human Genet. 2011;19:(1):76-83.

169.) Naj AC, Jun G, Beecham GW, Wang LS, Vardarjan BN, Buros J, Gallins PJ, Buxbaum JD, Jarvik GP, Crane PK, et at. Common genetic variants in the CLDN2 and PRSS1-PRSS2 loci alter risk for alcohol-related and sporadic pancreatitis. Nature Genetics,2011; 44(12), 1349-1354. doi: 10.1038/ng.2466

170.) Nishioka, Kenya, Ross O.A., Vilarino-Guell C, Cobb S,Kachergus J, Mann D, Snowden J, Richardson A, Neary D, Robinson C, Rajput A, Papapetropoulos S, <u>Mash D.C.</u>, Pahwa R, Lyons K, Wszolek Z, Dickson D, Farrer M., Glucocerebrosidase mutations in diffuse Lewy body disease. Parkinsonism and Related Disorders 2011;17(1):55-7.

171.) Arnold, S., Barber, R., Beach, T., Schellenberg, G., <u>Mash, D. C.</u> et al. Alzheimer Disease Genetics Consortium Authors. Common variants at MS4A4/MS4A6E, CD2AP, CD33 and EPHA1 are associated with late-onset Alzheimer's disease. Alzheimer Disease Genetics Consortium MS ID#: NG-LE29237, Nat Genet. 2011 May;43(5):436-412011.

172.) Moyer RA, Wang D, Papp AC, Smith RM, Duque L, <u>Mash DC,</u> Sadee W. Intronic polymorphisms affecting alternative splicing of human dopamine d2 receptor are associated with cocaine abuse. Neuropsychopharmacology. Mar 2011;36(4):753-62.

173.) Zhou Z, Yuan Q, <u>Mash DC</u>, Goldman D. Substance-specific and shared transcription and epigenetic changes in the human hippocampus chronically exposed to cocaine and alcohol. Proc Natl Acad Sci USA. Apr 19 2011;108(16):6626-31. PMID: 21464311.

174.) Vilke GM, DeBard ML, Chan TC, Ho JD, Dawes DM, Hall C, MD, Curtis MD, Costello MW, <u>Mash DC</u>, Coffman SR, McMullen MJ, Metzger JC, Roberts JR, Sztajnkrcer MD, Henderson SO, Adler J, Czarnecki F, Heck J, Bozeman WP. Excited Delirium Syndrome (ExDS): Defining Based on a Review of the Literature. J. Emergency Med., 2011 epub March 24 2011. http://dx.doi.org/10.1016/j.jemermed.2011.02.017.

175.) Edwards YJK, Beecham GW, Scott WK, Khuri S, Bademci G, Tekin D, Martin ER, Jiang Z, Mash DC, ffrench-Muller J, et al. Identifying consensus disease pathways in Parkinson's disease using an integrative systems biology approach. PLoS ONE. 2011;6(2). doi: 10.1371/journal.pone.0016917.

176.) Vilariño-Güell, C., Soto-Ortolaza, A. I., Rajput, A., <u>Mash, D. C.</u>, Papapetropoulos, S., Pahwa, R., . . . Ross, O. A. (2011). MAPT H1 haplotype is a risk factor for essential tremor and multiple system atrophy. Neurology, 76(7), 670-672. doi: 10.1212/WNL.0b013e31820c30c1

177.) Enoch MA, Zhou Z, Kimura M, Mash DC, Yuan Q, Goldman D. GABAergic gene expression in postmortem hippocampus from alcoholics and cocaine addicts; corresponding findings in alcohol-naive P and NP rats. PLoS One. 2012;7(1):e29369.

178.) Wider C, Ross OA, Nishioka K, Heckman MG, Vilarino-Guell C, Jasinska-Myga B, Erketin-Taner N, Rademakers R, Graff-Radford NR, Mash DC, Papapetropoulos S, Duara R, Uchikado H, Wszolek ZK, Farrer MJ, Dickson DW. An evaluation of the impact of MAPT, SNCA and APOE on the burden of Alzheimer's and Lewy body pathology. J. Neurol. Neurosurg. Psychiatry. 83(4): 424-42, 2012.

179.) Mann A, Miksys SL, Gaedigk A, Kish SJ, Mash DC, Tyndale RF. The neuroprotective enzyme CYP2D6 increases in the brain with age and is lower in Parkinson's disease patients. Neurobiol Aging Sep;33(9):2160-71. 2012

180.) Wang L, Hara K, Van Baaren JM, Price JC, Beecham GW, Gallins PJ, Whitehead PL, Wang G, Lu C, Slifer MA, Zuchner S, Martin ER, Mash DC, Haines JL, Pericak-Vance MA, Gilbert JR. Vitamin D receptor and Alzheimer's disease: a genetic and functional study. Neurobiol Aging 3 Feb 2012;33(8):e1-e9.

181.) Mondo K, Hammerschlag N, Basile M, Pablo J, Banack SA, Mash DC. Cyanobacterial Neurotoxin □-N-Methylamino-L-alanine (BMAA) in Shark Fins. Mar Drugs. 2012;10(2):509-20. PubMed PMID: 22412816.

182.) Yuan Q, Zhou Z, Lindell SG, Higley JD, Ferguson B, Thompson RC, Lopez JF, Suomi SJ, Baghal B, Baker M, Mash DC, Barr CS, Goldman D. The rhesus macaque is three times as diverse but more closely equivalent in "damaging" coding variation as compared to the human. BMC Genet. Jun 29 2012;13:52.

183.) Wider C., Ross O.A., Nishioka K, Heckman M, Vilarino-Guell C, Jasinska-Myga B, Graff-Radford N, Mash D.C., Papapetropoulos S, Duara R, Uchikado H, Wszolek Z, Farrer M, Dickson D., MAPT, SNCA, and APOE: Impact on the burden of Alzheimer and Lewy body pathology. J Neurol Neurosurg Psychiatry. 2012 Apr;83(4):424-9. doi: 10.1136/jnnp-2011-301413. Epub 2012 Jan 30.

184.) Gutierrez J, Glenn M, Isaacson RS, Mar AD, Mash DC, Petito C. Thinning of the arterial media layer as a possible preclinical stage in HIV vasculopathy: A pilot study. Stroke, 2012;43(4), 1156-1158. doi: 10.1161/STROKEAHA.111.643387

185.) Mann, A., Mash, D.C., Kish, S., Miksys, S. L., Gaedigk, A., Tyndale, R. F., The neuroprotective enzyme CYP2D6 increases in the brain with age and is lower in Parkinson's disease patients. Neurobiol Aging. 2012 Sep;33(9):2160-71. doi: 10.1016/j.neurobiolaging.2011.08.014. Epub 2011 Sep 29.

186.) Sullivan D, Pinsonneault JK, Papp AC, Zhu H, Lemeshow S, Mash DC, Sadee W. Dopamine transporter DAT and receptor DRD2 variants affect risk of lethal cocaine abuse: A gene-gene-environment interaction. Translational Psychiatry, 2012.

187.) Wider C, Ross OA, Nishioka K, Heckman MG, Vilarino-Guell C, Jasinska-Myga B, Graff-Radford N, Mash D.C., Papapetropoulos S, UchikadoH, Wszolek ZK, farrer M, Dickson DW. MAPT, SNCA and APOE: impact on the burden of Alzheimer and Lewy body pathology. J Neurol Neurosurg Psychiatry. 2012 Apr;83(4):424-9. doi: 10.1136/jnnp-2011-301413. Epub 2012 Jan 30.

188.) Copolla G, Chinnathambi S, Lee JJ, Dombroski BA, Baker MC, Soto-ortolaza AI, Lee SE, Klein E, Huang AY, Sears R, Alzheimer's Disease Genetics Consortium. . . Daniel, H. G. Evidence for a role of the rare p.A152T variant in mapt in increasing the risk for FTD-spectrum and Alzheimer's diseases. Human Molecular Genetics,2012;21(15), 3500-3512. doi: 10.1093/hmg/dds161.

189.) Boeve BF, Silber MH, Ferman TJ, Lin SC, Benarroch EE, Mash DC . . . Dickson, D. W. (2013). Clinicopathologic correlations in 172 cases of rapid eye movement sleep behavior disorder with or without a coexisting neurologic disorder. Sleep Medicine, 14(8), 754-762. doi: 10.1016/j.sleep.2012.10.015

190.) Whitcomb DC, Larusch J, Krasinkas AM, Mash DC et al. Alzheimer Disease Genetics Consortium Authors. Common genetic variants in the CLDN2 and PRSS1-PRSS2 loci alter risk for alcohol-related and sporadic pancreatitis. Nature Genetics. 2012;44(12):1349-1354. doi:10.1038/ng.2466 Published online 11 November 2012.

191.) Kohli MA, John-Williams K, Rajbhandary R, Naj A, Whitehead P, Hamilton K, Carney RM, Wright C, Crocco E, Gwirtzman HE, Lang R, Beecham G, Martin ER, Gilbert J, Benatar M, Small GW, Mash DC, Byrd G, Haines JL, Pericak-Vance MA, and Zuchner S. Repeat expansions in the C9ORF72 gene contribute to Alzheimer's disease in Caucasians. Neurobiol Aging. 2013 May; 34(5):1519.e5-1519.e12.

192.) Goldstein DS, Sullivan P, Holmes C, Miller GW, Strong R, Cai H, Mash DC, Kopin IJ, Sharabi Y. Determinants of buildup of the toxic dopamine metabolite DOPAL in Parkinson's disease. Journal of Neurochemistry. 126(5): 591-603,2013.

193.) Mash DC. Commentary on: Johnson MM, David JA, Michelhaugh SK, Schmidt CJ, Bannon MJ. Increased heat shock protein 70 gene expression in the brains of cocaine-related fatalities may be reflective of postdrug survival and intervention rather than excited delirium. J Forensic Sci 2012;57(6):1519-23. Journal of Forensic Sciences,2013;58(2), 559-561. doi: 10.1111/1556-4029.12081

194.) Sullivan D, Pinsonneault JK, Papp AC, Zhu H, Lemeshow S, Mash DC, Sadee W. Dopamine transporter DAT and receptor DRD2 variants affect risk of lethal cocaine abuse: A gene-gene-environment interaction. Transl Psychiatry. 2013 Jan 22;3:e222. doi: 10.1038/tp.2012.146.

195.) Goldstein DS, Sullivan P, Holmes C, Miller GW, Alter S, Strong R, Mash DC, Kopin IJ, Sharabi Y. Determinants of buildup of the toxic dopamine metabolite DOPAL in parkinson's disease. J Neurochem. 2013 Sep;126(5):591-603. doi: 10.1111/jnc.12345. Epub 2013 Jul 22.

196.) Spalding KL, Bergmann O, Alkass K, Bernard S, Salehpour M, Huttner HB, Boström E, Westerlund I, Vial C, Buchholz BA, Possnert G, Mash DC, Druid H, Frisén J. Dynamics of hippocampal neurogenesis in adult humans. Cell. 2013 Jun 6;153(6):1219-27. doi: 10.1016/j.cell.2013.05.002.

197.) Xie X, Basile M, Mash DC. Cerebral uptake and protein incorporation of cyanobacterial toxin b-N-methylamino-L-alanine. Neuroreport 2013 Oct 2;24(14):779-84. doi: 10.1097/WNR.0b013e328363fd89.

198.) Nuytemans K, Inchausti V, Beecham GW, Wang L, Dickson DW, Trojanowski JQ, Lee VM, Mash DC, Frosch MP, Foroud TM, Honig LS, Montine TJ, Dawson TM, Martin ER, Scott WK, Vance JM. Absence of C9ORF72 expanded or intermediate repeats in autopsy-confirmed parkinson's disease. Mov Disord. 2014 May;29(6):827-30. doi: 10.1002/mds.25838. Epub 2014 Feb 26.

199.) Lonsdale J, Thomas J, Salvatore M, Phillips R, Lo E, Shad S, Saboor, S., Mash DC, . . . Moore HF. The genotype-tissue expression (GTEx) project. Nature Genetics.2013;45(6), 580-585. doi: 10.1038/ng.2653.

200.) Duka V, Lee J-H, Credle J, Wills J, Oaks A, Smolinsky C, Shah K, Mash DC, Masliah E and Sidhu A. Identification of the sites of tau hyperphosphorylation and activation of tau kinases in synucleinopathies and alzheimer's diseases. Plos One. 2013: 8(9).

201.) Williams SL, Mash DC, Zuchner S, Moraes CT. Somatic mtDNA mutation spectra in the aging human putamen. Plos One. 2013; 9(12).

202.) Mondo K, Glover WB., Lui G, Cai Y, Murch S, Davis D, Mash, DC. Environmental neurotoxins β-N-Methylamino-L-Alanine (BMAA) and mercury in shark cartilage dietary supplements. Food Chem Toxicol. 2014 Aug;70:26-32. doi: 10.1016/j.fct.2014.04.015. Epub 2014 Apr 19.

203.) Allen M., Kachadoorian M., Quicksall Z., Zou F., Chai JS., Younkin C., . . ., Alzheimer's Disease Genetics Consortium. Association of MAPT haplotypes with alzheimer's disease risk and MAPT brain gene expression levels. Alzheimers Res Ther. 2014 Jul 1;6(4):39. doi: 10.1186/alzrt268. eCollection 2014.

17

204.) Humphries CE, Kohli MA, Nathanson L, Whitehead P, Beecham G, Martin E, Mash DC, Pericak-Vance MA, Gilbert J., Integrated Whole Transcriptome and DNA Methylation Analysis Identifies Gene Networks Specific to Late-Onset Alzheimer's Disease. J Alzheimers Dis. 2014 Nov 7. [Epub ahead of print]

205.) Kelly JA, Boyle NT, Cole N, Slator GR, Colivicchi MA, Stefanini C, Gobbo OL, Scalabrino GA, Ryan SM, Elamin M, Walsh C, Vajda A, Goggin MM, Campbell M, Mash DC. First-in-class thyrotropin-releasing hormone (TRH)-based compound binds to a pharmacologically distinct TRH receptor subtype in human brain and is effective in neurodegenerative models. Neuropharmacology. 2015 Feb;89:193-203. doi: 10.1016/j.neuropharm.2014.09.024. Epub 2014 Sep 30.

206.) Glover WB, Mash DC, Murch SJ. The The natural non-protein amino acid N-β-methylamino-L-alanine (BMAA) is incorporated into protein during synthesis. Amino Acids. 2014 Nov;46(11):2553-9. doi: 10.1007/s00726-014-1812-1. Epub 2014 Aug 6.

207.) Enoch MA, Rosser A, Zhou Z, Mash DC, Yuan Q, Goldman D. Expression of Glutamatergic Genes in Healthy Humans across 16 Brain Regions; Altered Expression in the Hippocampus after Chronic Exposure to Alcohol or Cocaine. Genes Brain and Behavior (Impact Factor: 3.51). 09/2014; 13(8). Doi: 1.111/gbb.12179.

208.) Beecham GW, Dickson DW, Scott WK, Martin E R, Schellenberg G, on behalf of the Alzheimer Disease Genetics Consortium, Nuytemans K, Larson EB, Buxbaum JD, Trojanowski JQ, Van Deerlin VM, Hurtig HI, Mash DC …, The PARK 10 locus is a major locus for sporadic, neuropathologically-confirmed Parkinson disease. Neurology. (Under Review). 2015.

209.) Goldstein DS, Sullivan P, Holmes C, Kopin IJ, Sharabi Y, Mash DC. Decreased vesicular storage and aldehyde dehydrogenase activity in multiple system atrophy. Parkinsonism & Related Disorders. 2015 Jun;21(6):567-72. doi: 10.1016/j.parkreldis.2015.03.006. Epub 2015 Mar 20.

210.) Mash DC., Taherian M., Jones J., Duque L., Druid H. Ethyl glucoronide and phosphatidylethanol as brain biomarkers for determining chronic alcohol use. Drug and Alcohol Dependence. (Under Review) 2015.

211.) Wang L, Naj AC, Graham RR, Crane PK, Kunkle BW, Cruchaga C, Baldwin CT, Blennow K, Kukull WA, Faber KM, Schupf N, Rogaeva E, Lin CF, Dombroski BA, Cantwell LB, Valladares O, Hakonarson H, Gregersen PK, Hyslop P, Green RC, Goate AM, Foroud TM, Carney RM, Larson EB, Behrens TW, Haines JL, Farrer LA, Pericak-Vance MA, Mayeux R, Alzheimer's Disease Genetics Consortium. APP Mutation A673T; A protective variant in united states alzheimer's disease cases. Arch. Neurol. 2015.

212.) Goldstein DS, Holmes C, Mash DC, Sidransky E, Stefani A, Kopin IJ. Deficient vesicular storage typifies dying dopaminergic and noradrenergic neurons. Parkinsonism & Related Disorders. (Impact Factor: 4.13). 03/2015; 21(6). DOI: 10.1016/j.parkreldis.2015.

213.) Chang Q, Hanania T, Mash DC, Maillet E. Noribogaine reduces nicotine self-administration in rats. J Psychopharmacol. 29(6): 704-711. DOI: 10.1177/026988115584461. 2015.

214.) Maillet E, Chang Q, Milon N, Hanania T, Heghinian M, Garamszegi N, Mash DC. Characterization of Noribogaine at nAChRs and Effect on Nicotine Self-Administration in Rats. J. Psychopharmacol. (6): 704-11. DOI: 1019.2. 2015.

## 18a. Patent and Patent Applications

1.) Efange, S.M.N. and Mash, D.C., Bioactive Tricyclic Ibogaine Analogs, Patent US05616575, Issued April 1, 1997.

2.) Efange, S.M.N. and Mash, D.C., Spiroindanamines and Spiroindanimides, Patent US05940007, Issued September 7, 1999.

3.) Mash, D.C., Sanchez-Ramos, J. and Hearn, W.L. Method of treating chemical dependence in mammals and a composition thereof. Patent US06348456, Issued Feb. 19, 2002.

4.) Mash, D.C., Noribogaine in the treatment of pain and drug addiction. Patent US07220737, Issued May 22, 2007.

5.) Papapetropoulos, S., ffrench-Mullen, J., Mash, D.C. Gene expression profiling of Parkinsons Disease. Patent US08257929, Issued September 4, 2012.

6.) Mash, D.C., Gless, R.D., Moriarty, D.M., Substituted noribogaine. Patent US08362007, Issued January 29, 2013.

7.) Moriarty, D.M. and Mash, D.C., Noribogaine Compositions. Application number 20130131046, Issued May 23, 2013.

8.) Mash, D.C., Moriarty, D.M., Gless. R.D., Methods and Composition For Preparing Noribogaine from Voacangine. Application number 201303033756, Issued November 14, 2013.

9.) Mash, D.C., Moriarty, D.M., Compositions comprising noribogaine and an excipient to facilitate transport across the blood brain barrier. Patent US08637648, Issued January 28, 2014.

## 19. Other works and publications.

1.) Baker, H.D., Mash, D.C. and May, J.G. Interocular transport of the McCollough effect. Assoc. Res. Vision and Opthamology., l976.

2.) Mash, D.C., Worden, I.G. and Berkley, K.J. Projections from the lateral cervical nucleus and the dorsal column nuclei to and within the n. ventralis posterolateralis of the cat thalamus. Soc. Neurosci. Abstr. 2:1359, l976.

3.) Berkley, K.J. and Mash, D.C. Projections of the first and second somatic sensory cortex the motor cortex, and the cerebellum to the posterior group of nuclei in the cat. Soc. Neurosci. Abstr. 3:1516, 1977.

4.) Berkley, K.J. and Mash, D.C. A comparison of the lateral cervical nucleus and the spinothalamic tract in the cat and monkey. Pain Abstr. 1:192,1977.

5.) Mash, D.C. and Berkley, K.J. Projections from the spinal cord and the gracile, cuneate, trigeminal and lateral cervical nuclei to the posterior group of nuclei in the cat. Soc. Neurosci. Abstr. 3:1557, l977.

6.) Berkley, K.J., Molinari, H.H., and Mash, D.C. The effects of various cations upon the incorporation of proline into the macromolecules of large cells within the dorsal column nuclei of the cat. Soc. Neurosci. Abstr. 4:1202, l978.

7.) Mash, D.C., Soliman, K.F.A. and Walker, C.A. Circadian variations in beta endorphin content in specific areas of the rat brain. Fed. Proc. 39:605, l980.

8.) Mash, D.C., Soliman, K.F.A. and Walker, C.A. The effect of altering 5-hydroxytryptamine levels on beta endorphin content in rat brain. Fed. Proc. 40: 287, l981.

9.) Kalinoski, D.L., Mash, D.C., Toscano, P.T. and Potter, L.T. Circadian variations in the binding of quinuclidinyl benzilate to muscarine receptors in the rat brain. Fed. Proc. 41:1634, l982.

10.) Mash, D.C. and Potter, L.T. Autoradiographic localization of M1 and M2 receptors in the rat brain. Soc. Neurosci. Abstr.8:338, l982.

11.) Mash, D.C. and Potter, L.T. Changes in M1 and M2 muscarine receptors in Alzheimer's disease and aging, and with lesions of cholinergic neurons. Soc. Neurosci. Abstr. 9:582, l983.

12.) Mash, D.C., Sevush, S. Flynn, D.D., Norenberg, M.D., and Potter, L.T. Loss of M2 muscarine receptors in Alzheimer's disease. Neurology 34 (suppl.) 120-122, l984.

13.) Ferrari-Dileo, G., Mash, D.C. and Potter, L.T. Autoradiographic studies of muscarine receptors in human cerebral arteries. Soc. Neurosci. Abstr. 10:608, l984.

19

14.) Flynn, D.D. and Mash, D.C.  Nicotine receptors in human frontal and infratemporal cortex: Comparison between Alzheimer' disease and the normal.  Soc. Neurosci. Abstr. 11: 1118, l985.

15.) Mufson, E. J., Martin, T.L. Mash, D.C. Wainer, B.H., and Mesulam, M-M. Cholinergic projections from the parabigeminal nucleus (Ch8) to the superior colliculus of the mouse.  Soc. Neurosci. Abstr. 11:1238, l985.

16.) Green, R.C., Moran, M.A., Martin, T.L. Mash, D.C., Mufson, E.J. and Mesulam, M-M.  Distribution of  acetylcholinesterase fiber staining in the human hippocampus and  parahippocampal gyrus. Soc. Neurosci.  Abstr. 12: 729, l986.

17.) Mash, D.C. and Mesulam, M-M. Muscarine receptor distributions within architectonic subregions of the primate neocortex.  Soc. Neurosci. Abstr. 12:809, l986.

18.) Hefti, F., Hartikka, J., Salvatierra, A. Weiner, W.J., and Mash, D.C. Localization of nerve  growth factor receptors in cholinergic neurons of the human basal forebrain.  Soc. Neurosci. Abstr. 12:28l, l986.

19.) Mash, D.C., White, W.F., Mufson, E.J., and Mesulam, M-M. Muscarinic and nicotinic receptors in the hippocampal formation of the monkey. Neurology 37: 194, 1987.

20.) Mash, D.C. and Weiner, W.J. Mosaic of cholinergic pre- and postsynaptic markers in the primate striatum. Neurology 37: 266, l987.

21.) Mash, D.C. Architectonics of muscarinic receptor subtypes in the primate cerebral cortex.   J. Amer. Ger. Soc. 35:896, 1987.

22.) Flynn, D.C., Suarez, A., Cordoves, A., and Mash, D.C. Differential regulation of muscarinic receptor subtypes in the cerebral cortex by chronic tetrahydroaminoacridine administration. Soc. Neurosci. Abstr. 13: 726, l987.

23.) Mufson, E.J. and Mash, D.C. Pathology in brainstem cholinergic neurons in Alzheimer's disease.  Soc. Neurosci. Abstr. 13: 1461, 1987.

24.) Rosenblatt, D., Mash, D.C. and White, W.F.   Characterization of cholinergic receptors in astrocyte  cultures of the cerebral cortex. Soc. Neurosci. Abstr. 13:1377, 1987.

25.) Mesulam, M-M. and Mash, D.C. Organization of cortical cholinergic innervation in the primate brain.    Neuroscience (suppl.) 22: S105, 1987.

26.) Efange, S.M., Mash, D.C., Hefti, F., Kung, K., Heal, A.V., Guo, Y., Billings, J., Pan, S. and Dutta, A. A potential radiotracer for mapping central noradrenergic innervation. Soc. Nuclear Med., 15:189, 1988.

27.) Montero, C., Mash, D.C., Junard, M., and Hefti, F., Further analysis of NGF effects in rats with partial fimbrial transections. Soc. Neurosci. Abstr. 14: 825, 1988.

28.) Pablo, J., Efange, S. M., Flynn, D.D., Weiner, W.J., and Mash, D.C., Characterization and localization of transferrin receptors in the rat brain.  Soc. Neurosci. Abstr. 14: 171, 1988.

29.) Globus, M.Y.T., Mash, D.C., Dietrich, W.D., Busto, R., Valdes, J., and Ginsberg, M.D. Dopamine D1 but not D2 receptors are sensitive to ischemia in the rat striatum.  Soc. Neurosci. Abstr.  14: 501, 1988.

30.) Mash, D.C., Pablo, J., Weiner, W.J., Flynn, D.D., and Efange, S.M. Distribution and status of transferrin receptors in Parkinson's disease.  Ann. Neurology (suppl.) 39: 424, 1988.

31.) Mash, D.C., Flynn, D.D., Pablo, J., Dewanjee, M., Weiner, W., and Mufson, E.J., Distribution and status of transferrin receptors in Parkinson's disease. Ann. Neurology 24: 172, 1989.

Case 2:13-cv-00180-JRG-MCLC   Document 233   Filed 03/01/16   Page 20 of 42   PageID #: 1944

32.) Mash, D.C., Ruttenber, A.J., Wetli, C.V., Weiner, W.J., Itzhak, Y. and Pablo, J. Binding characteristics of cocaine and tropacocaine to muscarinic and sigma receptors in the human brain. Soc. Neurosci. Abstr. 15:803, l989.

33.) Terry, L.M., Keran, E., Hearn, L., Sanchez-Ramos, J., Basile, M., Pablo, J. and Mash, D.C. Chronic cocaine-induced alterations in dopaminergic pre- and postsynaptic markers. Soc. Neurosci. Abstr. 15:803, l989.

34.) Flynn, D.D. and Mash, D.C. Loss of guanine nucleotide-sensitive agonist binding to M1 muscarinic receptors in Alzheimer's disease. Soc. Neurosci. Abstr. 15: 1111, 1989.

35.) Strang, P.C., Mash, D.C., and Flynn, D.D. Anti-peptide antibodies to m1 muscarinic receptors specifically label cortical neurons. Soc. Neurosci. Abstr. 15: 811, 1989.

36.) Pablo, J., Basile, M., Efange, S.M.N., Sanchez-Ramos, J., Weiner, W.J., and Mash, D.C. Quantitative in vitro autoradiography of transferrin receptors in the striatum of MPTP-treated mice. Soc. Neurosci. Abstr. 15: 346, l989.

37.) Mash, D.C., Itzhak, Y., Basile, M. and Weiner, W.J., Visualization of sigma receptor distributions in the brain of the rhesus monkey. Neurology (suppl.1) 40: 240, l990.

38.) Mash, D.C., Flynn, D.D., Wetli, C.V., and Hearn, L., Cocaethylene binding to neurotransmitter receptors and uptake sites in the human brain. Soc. Neurosci. Abstr. 16:14, 1990.

39.) Rose, S. Hearn, W. L. Hime, G., Wetli, C.V., Ruttenber, A.J., and Mash, D.C. Cocaine and cocaethylene concentration in human post mortem cerebral cortex. Soc. Neurosci. Abstr. 16:14, 1990.

40.) Vaishnav, A.A., Mash, D.C., and Flynn, D.D. Cocaine interactions with primary and secondary recognition sites on muscarinic receptors. Soc. Neurosci. Abstr. 16: 536, 1990.

41.) Flynn, D.D., Vaishnav, A.A., Itzhak, Y., Sanchez-Ramos, L., and Mash, D.C. Characterization of sigma binding sites in human placenta: Effect of perinatal cocaine exposure. Soc. Neurosci. Abstr. 16:305, 1990.

42.) Basile, M., Mash, D.C., and Itzhak, Y. Partial overlap in the distribution of monoamine oxidase type A (MAO-A) and sigma receptors in rat and mouse brain. Soc. Neurosci. Abstr. 16:1140, 1990.

43.) Ciarleglio, A.E. and Mash, D.C. Autoradiographic localization of putative sigma receptors in the primate and human brain. Soc. Neurosci. Abstr. 16:1140, 1990.

44.) Mash, D.C., Basile, M.J., Flynn, D.D. Mapping the defect in M1 muscarinic receptor - G protein coupling in Alzheimer's disease: An autoradiographic study. Soc. Neurosci. Abstr., 17:1074, 1991.

45.) Flynn, D.D., Maxwell, G., Vaishnav, A.A., Basile, M., Mash, D.C. Distinct kinetic properties of N-[$^3$H]-methylscopolamine binding afford differential labeling and localization of M1, M2, and M3 muscarinic receptor subtypes in the primate brain. Soc. Neurosci. Abstr. 17:1200, 1991.

46.) Efange, S.M.N., Mash, D.C. Basile, M.J., Pablo, J., and Michelson, R.H. In vitro localization of a radiolabelled vesamicol analog in the human brain. Soc. Neurosci. Abstr. 17:1297, 1991.

47.) Wang, S.Z., Zhu, S., Mash, D.C. and El-Fakahany, E.E. Measurements of brain muscarinic receptor mRNA levels in Alzheimer's disease by DNA-excess hybridization. Soc. Neurosci. Abstr. 17: 1530, 1991.

48.) Itzhak, Y., Stein, I., and Mash, D.C. Evidence for the involvement of the N-methyl-D-aspartate (NMDA) receptor in the effects of cocaine. Soc. Neurosci. Abstr. 17:190, 1991.

49.) Itzhak, Y., Stein, I., and Mash, D.C. Regulation of mu-opiod receptors following exposure to cocaine. Comm. Prob. Drug Depend., NIDA Research Monograph Series, 119; 344, 1992.

21

50.) Mash, D.C. Tanis, D.C., Schrank, K.S., Augenstein, J.S., Rose, S., Hearn, W.L., and Stitt, F.W. Toxicology screens for cocaethylene in emergency department and trauma admissions associated with cocaine intoxication. NIDA Research Monograph Series, 119: 489, 1992.

51.) Baowan, L., Mordecai, Y.T., Globus, Ginsberg, M.D., Hearn, W.L., Mash, D.C. Differential effects of cocaine and cocaethylene on extracellular dopamine and serotonin in the rat striatum. NIDA Research Monograph Series, 119: 240, 1992.

52.) Shapshak, P., Mash, D.C., Hearn, W.L., Yoshioka, M., Nelson, S. and Tate, L. Detection of HIV in CNS tissue and cells and effects of cocaine and metabolites in vitro. NIDA Research Monograph Series, 119: 337, 1992.

53.) McCoy, C., Weatherby, N., Shapshak, P., Chitwood, D.D., Mash, D.C., Shah, S.M., and Arguello, J.C. Combining field laboratory and intervention strategies for HIV prevention, College on Problems of Drug Dependence, 54th Annual Scientific Meeting, Keystone, Colorado, June 20 - 26, 1992.

54.) Shapshak, P., McCoy, C, Mash, D.C., Goodkin, K., Baum, M., Yoshioka, M., Sun, N., Nelson, S., Berger, J., Bradley, W., Weatherby, N., Chitwood, D., Rivers, J., Page, B., Pardo, V., Pert, C., and Tourtellotte, W.W. The brain as an HIV-1 reservoir: factors affecting HIV-1 infectivity, NIDA Research Monograph Series, 132:73, 1993.

55.) McCoy, C.B., Weatherby, N., Shapshak, P., Chitwood, D.D., Mash, D.C., Shah, S.M., Arguello, J.E., Rivers, J., and Khoury, E.L. Combining field, laboratory, and intervention strategies for HIV prevention, NIDA Research Monograph Series, 132:284, 1993.

56.) Flynn, D.D., Ferrari-Dileo, G., Carsi, J., and Mash, D.C. Further characterization of the defect in M1 muscarinic receptor-G protein coupling in Alzheimer's disease. Life Sci. 52: 557, 1993.

57.) Mash, D.C. and Flynn, D.D. Distinct kinetic binding properties of N-[$^3$H]-methylscopolamine afford differential labeling and localizations of M1, M2 and M3 muscarinic receptor subtypes. Life Sci. 52: 583, 1993.

58.) Uhl, G.R., Kitayama, S., Cerruti, C., Kuhar, M.J., Shimada, S., Mash, D.C., and Javoy-Agid, F. Dopamine transporter: Correlates with Parkinsonian pathogenesis. Symposia on Etiology, Pathogenesis, and Prevention of Parkinson's Disease and Hyperkinetic Movement Disorders. Movement Disorders, 1993.

59.) Uhl, G.R., Kitayama, S., Cerruti, C., Kuhar, M.J., Shimada, S., Mash, D.C., and Javoy-Agid, F. Dopamine transporter expression correlates with Parkinson's disease dopaminergic damage. Amer. Neurol. Assoc., 1993.

60.) Staley, J., Flynn, D.D., Stitt, F., Wetli, C.V. and Mash, D.C. [$^3$H]WIN 35,428 binding to the dopamine transporter in cocaine overdose deaths. Soc. Neurosc. Abstr. 19:1843, 1993.

61.) Mallios, V.J., Spotts, J.L., Lydic, R., Mash, D.C. and Baghdoyan, H.A. Quantitative autoradiography of M1, M2 and M3 muscarinic receptor (mAChR) subtypes in respiratory-related nuclei of cat brain stem. Soc. Neurosc. Abstr. 19:749, 1993.

62.) Mash, D.C., Staley, J., Basile, M., Doepel, F.M., Ervin, F.R., and Palmour, R.P. Elevated densities of striatal dopamine transporters in alcohol preferring Vervet monkeys. Soc. Neurosc. Abstr. 19:610, 1993.

63.) Palmour, R.M., Grbavic, D., Ervin, F.R., Staley, J., and Mash, D.C. Increased signal transduction in lymphocytes cultured from alcohol preferring Vervet monkeys. Soc. Neurosc. Abstr. 19:610, 1993.

64.) Chakko, S., Sepulveda, S., Kessler, K.M., Mash, D.C., Prineas, R.J., Myerburg, R.J. Comparison of ECG abnormalities in acute and chronic cocaine abuse. Am. Heart Assoc., 1993.

65.) Boja, J.W., Kopaitic, T., Carroll, F.I., Seltzman, H.H., Wyrick, C.D., Lever, J., Staley, J., Mash, D.C., Kuhar, M.J. Selective labeling of the striatal and cerebral cortical dopamine transporter in rat and human brain by the cocaine analog [$^{125}$I] RTI-121. Soc. Neurosc. Abstr. 19:1498, 1993.

Case 2:13-cv-00180-JRG-MCLC   Document 233   Filed 03/01/16   Page 22 of 42   PageID #: 1946

66.) Heckers, S., <u>Mash, D.C.</u>, Geula, C., Mesulam, M-M. Basal forebrain and striatal cholinergic neurons in schizophrenia. Soc. Neurosc. Abstr. <u>19</u>:838, 1993.

67.) <u>Mash, D.C.</u>, Staley, J., Basile, M., Doepel, F.M., Wagner, J., Ervin, F.R. and Palmour, R.P. Altered densities of dopamine synaptic markers in alcohol-preferring vervet monkeys. Soc. Neurosc. Abstr. <u>20</u>:1615, 1994.

68.) Palmour, R.M., <u>Mash, D.C.</u>, Ervin, F.R. and Young, S.N. Involvement of the dopamine axis in a vervet monkey model of alcohol abuse. Soc. Neurosc. Abstr. <u>20</u>:1615, 1994.

69.) Rossi, M,. deToledo-Morrell,L., Morrell.F., <u>Mash, D.C.</u> Age-associated uncoupling of G-protein dependent high affinity M1 muscarinic receptors in F344 rats. Soc. Neurosc. Abstr. <u>20</u>:393, 1994.

70.) Efange, S. M. N., Staley, J., Ouyang, Q., and <u>Mash, D.C.</u>, Labeling of distinct vesamicol recognition sites in the cortex and striatum of primate brain with the novel radioligand [$^{125}$I]MIBT. Soc. Neurosc. Abstr. <u>20</u>:534, 1994.

71.) Staley, J., Basile, M., Ouyang, Q., and <u>Mash, D.C.</u> Characterization of the D3 receptor in human brain: Regulation by cocaine abuse. Soc. Neurosc. Abstr. <u>20</u>: 221, 1994.

72.) <u>Mash, D.C.</u>, Singer, J., Pablo, J., Bruce, J. and Weiner, W.J. Differential regulation of iron storage and transport markers in Parkinson's disease. Neurol. <u>44</u>(suppl. 2): 575, 1994.

73.) Uhl, G.R., Surratt, C., Vaughn, R., Kuhar, M.J., <u>Mash, D.</u> and Javoy-Agid, F. Dopamine transporter and synaptic vesicular monoamine transporter expression and Parkinson's disease dopaminergic damage. Neurol. <u>44</u> (suppl.2 ) 615, 1994.

74.) Stewart, R., Shapshak, P., Davis, T., Masaru, Y,.. Sun, N.C., Nagano, I., Fiala, M., <u>Mash, D.C.</u>, Perez, M., and Arguella, J.C. Isolation of macrophage/monocytes from human blood and macrophage/microglia from human brain using antibody-coated magnetic beads. Cell Vision 1: 89, 1994.

75.) Guela, C., <u>Mash, D.C.</u>, and Mesulam, M-M., Loss of cortical cholinergic fibers in Alzheimer's disease: Lack of a relationship with tangle amyloid deposits but a modest relationship with tangle density. Neurobiology of Aging: 15(suppl 1) S120, 1994.

76.) Staley, J.K., Wetli, C.V., Ruttenber, A.J., Hearn, W.L., and <u>Mash, D.C.</u> Altered dopaminergic synaptic markers in cocaine psychosis and sudden death. Nida Research Monograph Series, 153:491, 1994.

77.) Hearn, W.L., Sambol, N.C., Pablo, J., Hime, G.W., Doepel, F.M., Sanchez-Ramos, J., and <u>Mash, D.C.</u>, Some preliminary observations on the pharmacokinetics of ibogaine in primates and man. Amer. Acad. Forensic Science, Meeting Abstr., 1995.

78.) <u>Mash, D.C.</u>, Staley, J.K., Baumann, M. H., Rothman, R.B., and Hearn, W.L. Noribogaine: A major metabolite of ibogaine that targets serotonin transporters and elevates serotonin. NIDA Monograph Series 162: 358, 1995.

79.) Rezvani, A. H., <u>Mash, D.C.</u>, Hearn, W.L., Lee, Y.W., and Overstreet, D. H.  Reduction of alcohol intake in alcohol preferring fawn-hooded and P rats by noribogaine, the primary metabolite of ibogaine. NIDA Monograph Series 162: 281, 1995.

80.) Staley, J.K., Wetli, C.V., Ruttenber, A.J., Hearn, W. L., Kung, H., and <u>Mash, D.C.</u> Dopamine transporter and receptor autoradiography in cocaine psychosis and sudden death. Biological Psych., 37 (9), 656, 1995.

81.) Staley, J.K., Rothman, R.B., Partilla, J.S., Rice, K.C., Matecka, D., Ouyang, Q., Wetli, C.V., and <u>Mash, D.C.</u> Cocaine upregulates kappa opioid receptors in human striatum.  NIDA Monograph Series, 121: 234, 1995.

82.) Segal, D.M., Staley, J.K., Basile, M., Wetli, C.V., Stitt, F., Hearn, W.L., and Mash, D.C. Neuroadaptive regulation of the D3 dopamine receptor by cocaine. NIDA Monograph Series, 1995.

83.) Larson-Prior, L.J., Smith, J.E., Mash, D.C., and Lakoski, J.M., Electrophysiologic characterization of an ibogaine metabolite in the cerebellar cortex. Soc. Neurosc. Abstr. 21:716, 1995.

84.) Lakoski, J.M., Smith, J.E., and Mash, D.C., Electrophysiologic characterization of an ibogaine metabolite in dorsal raphe nucleus and hippocampus. Soc. Neurosc. Abstr.21:716, 1995.

85.) Segal, D.M., Wells, J.W., Staley, J.K., and Mash, D.C., Cooperativity of binding to the human dopamine transporter: A basis for a multimeric complex. Soc. Neurosc. Abstr. 21:782, 1995.

86.) Mash, D.C., Staley, J.K., Efange, S.M.N., and Lakoski, J.M., Ligand binding profiles of ibogaine and its o-demethylated metabolite noribogaine: Implications for developing multi-target anti-addiction agents. Soc. Neurosc. Abstr. 21:717, 1995.

87.) Garland, E.M., Staley, J.K., Mash, D.C., Basile, M., and Efange, S.M.N. Decreased binding of the vesamicol analog [$^{125}$I]-(+)- MIBT to the temporal cortex in Alzheimer's Disease. Soc. Neurosc. Abstr. 21:1974, 1995.

88.) Staley, J.K., Segal, D.M., Heilman, C.J., Levey, A.I. and Mash, D.C. Quantitation of dopamine transporter proteins in cocaine fatalities using immunological approaches. Soc. Neurosci. Abstr. 21:721, 1995.

89.) Talbot, J.D., Staley, J.K., Kung, M-P., Kung, H.F., Weiner, W.J., and Mash, D.C. Ligand binding profile of [$^{125}$I]iodovinyltetrabenazine to the vesicular monoamine transporter in the human brain: Lack of regulation by cocaine. Soc. Neurosci. Abstr. 21:721, 1995.

90.) Globus, M.Y.-T., Singer, J., Rabe, J. Mash, D.C., Busto R., Valdes, I., and Ginsberg, M.D. Striatal dopamine receptor gene expression following transient global ischemia. Soc. Neurosc. Abstr. 21: 993, 1995.

91.) Miller, G.W., Heilman, C.J., Perez, J.T., Staley, J.K., Mash, D.C., Rye, D.B., and Levey, A.I. Decreased striatal expression of dopamine transporter (DAT) in Parkinson's disease: Production of a monoclonal antibody to DAT. NIEHS Workshop on the Role of Environment in Parkinson's Disease, 1995.

92.) Mash, D.C., Douyan, R., Hearn, W.L., Sambol, N.C., Sanchez-Ramos, J. A preliminary report on the safety and pharmacokinetics of ibogaine. Biol. Psych. 37: 652, 1995.

93.) Staley, J.K., Wetli, C.V., Ruttenber, A. J., Hearn, W.L., Kung, H.F., Mash, D.C., Dopamine transporter and receptor autoradiography in cocaine psychosis and sudden death. Biol. Psych. 37: 656, 1995.

94.) Miller, G., Heilman, C.J., Perez, J., Staley, J.K., Mash, D.C., Rye. D., Levey, A.I. Altered striatal dopamine transporter immunoreactivity in Parkinson's disease. Soc. Neurosci. Abstr. 21:125, 1995.

95.) Pablo, J.P., Staley, J.K., Holohean, A.M., Hackman, J.C., Davidoff, R.A., and Mash, D.C. Neuronal activities of ibogaine and noribogaine at the NMDA receptor complex: Ligand binding and electrophysiological studies. Soc. Neurosci. Abstr. 21: 1264, 1995.

96.) Guillozet, A., Smiley, J.F., Mash, D. C. and Mesulam, M-M. The amyloid burden of the cerebral cortex in non-demented old age. Soc. Neurosc. Abstr.21: 1478, 1995.

97.) Miller, G.W., Nash, N.R., Perez, J.T., Staley, J.K., Mash, D.C., Rye, D.B. and Levey A.I. Vesicular monoamine transporter (VMAT2) immunoreactivity is reduced in Parkinson's diseased striatum. Soc. Neurosci. Abstr. 22: 225, 1996.

98.) Garland, E.M., Staley, J.K., Mittleman, R.E., Mufson, E.J., Weiner, W.J., and <u>Mash, D.C.</u> Cocaine delirium and sudden death: Imbalanced dopaminergic and cholinergic signaling may mediate the pathogenic consequences. Soc. Neurosc. Abstr. <u>22</u>:1930, 1996.

99.) Rossi, M.A., deToledo-Morrell, L., <u>Mash, D.C.</u>, and Morrell, F. A relationship between age-associated spatial memory impairment and a deficit in G-Protein coupling of the M1 muscarinic cholinergic receptor system in the F344 rat. Soc. Neurosc. Abstr. <u>22</u>:1165, 1996.

100.) Staley, J.K., <u>Mash, D.C.</u>, Basile, M., Weiner, W., Levey, A.I., and Kordower, J.H. Functional fetal nigral grafts in a patient with Parkinson's Disease: Effects on dopamine synaptic markers. Soc. Neurosc. Abstr. <u>22</u>:318, 1996.

101.) Basile, M., Staley, J.K., <u>Mash, D.C.</u>, and Mufson, E.J. Galanin receptors in human basal forebrain and Neocortex: Distribution and pharmacological characterization. Soc. Neurosc. Abstr. <u>22</u>:2123, 1996.

102.) <u>Mash, D.C.</u>, and Schenk, S. Preclinical screening of an ibogaine metabolite (noribogaine) on cocaine-induced hyperlocomotion and cocaine self-administration. Soc. Neurosc. Abstr. <u>22</u>:1929, 1996.

103.) Pablo, J.P., Raymon, L.P., and Mash, D.C. Pharmacokinetics of ibogaine and its o-demethylated metabolite noribogaine in rats and monkeys. Soc. Forensic Toxicologists, Oct. 1996.

104.) Pablo, J.P., Raymon, L. P., <u>Mash, D. C. ,</u> Hearn,W.L., and Baumann, M.H. Pharmacokinetics of ibogaine and its o-demethylated metabolite noribogaine in rats and monkeys. J. Anal. Tox. <u>21</u>:88, 1996.

105.) Guillozet, A., Smiley, J.F., Selkoe, D., <u>Mash, D. C.</u> and Mesulam, M-M. Butyrylcholinesterase (BChE) in the life cycle of Alzheimer's Disease (AD) plaques. Soc. Neurosc. Abstr. <u>22</u>:1174, 1996.

106.) Sanchez-Ramos, J., Raymon, L., Kovera, C. and <u>Mash, D.C.</u> Subclinical Parkinsonism associated with acute cocaine abstinence. Mov. Disorders <u>11</u>:600, 1996.

107.) Sanchez-Ramos, J.R., Raymon, L., Kovera, C., and <u>Mash, D.C.</u> The effect of ibogaine on tremor and balance in cocaine dependent patient volunteers. NIDA Monographs Series, <u>174</u>:215, 1997.

108.) <u>Mash, D.C.</u>, Staley, J.K., Garland, E., Ruttenber, A.J., and Mittleman, R.E., Cocaine delirium and cholinergic deficits: Dysregulation of striatal dopamine/Ach signaling. NIDA Monographs Series, <u>174</u>:235, 1997.

109.) Weatherby, N.L., Shapshak, P., Chiappelli, F., Shah, S.M., Hearn, L., <u>Mash, D.C.</u>, Page, J.B., McCoy, C.B., Stitt, F., McCoy, H.V., Rivers, J.E., Metsch, L.R., and Bonney, C.A., HIV, the immune system, and self-reported symptoms of HIV among African-American women. NIDA Monographs Series, <u>174</u>:111, 1997.

110.) Staley, J.K., Baumann, M.H., Kung, M.-P., Kung, H.F., and <u>Mash, D.C.</u> Assessing dopaminergic neuronal integrity in human cocaine abusers. NIDA Monographs Series, <u>174</u>:235, 1997.

111.) <u>Mash, D.C.</u>, Staley, J.K., Garland, E., Ruttenber, A.J., and Mittleman, R.E. Cocaine delirium and cholinergic deficits: Dysregulation of striatal dopamine/Ach signaling. NIDA Monographs Series, <u>174</u>:235, 1997.

112.) Baumann, M.H., Jackson, J. Carter, A., <u>Mash, D.C.</u> and Rothman, R.B. Neuroendocrine and behavioral actions of ibogaine and its metabolite, 12-hydroxyibogamine in rats. NIDA Monographs Series, <u>174</u>:213, 1997.

113.) Efange S.M.N., <u>Mash D.C.</u>, Khare A.B. and Basile M.J. In vivo blockade of striatal dopamine D2 receptors enhances the binding of vesicular acetylcholine transporter in vitro. Soc. Neurosci. Abstr <u>23</u>: 695, 1997.

114.) Ciliax B.J., Levey A.I., Staley J.K., and <u>Mash D.C.</u> Immunoautoradiography of the dopamine transporter in cocaine fatalities Soc. Neurosci. Abstr. <u>23</u>:1101, 1997.

115.) Staley J.K., Price H., Levey A.I., and <u>Mash D.C.</u> Striatal dopamine transporter immunoreactivity in cocaine fatalities: Correlation with WIN 35,428 binding density Soc. Neurosci. Abstr. <u>23</u>:1101, 1997.

116.) Chen L., Segal D.M., Moraes CI, and Mash D.C. Transcriptional regulation of dopamine transporter gene expression in the substantia nigra of human cocaine fatalities Soc. Neurosci. Abstr. 23:1102, 1997.

117.) Mash, D.C., Ouyang Q., Pablo, J., Eshleman, A.J. and Janowsky, A. Functional studies of the dopamine transporter in post mortem human brain Soc. Neurosci. Abstr. 23:1102, 1997.

118.) Mufson, E.J., Jaffar, S., Ciliax, B.J., Joyc,e J., Mash, D.C. and Levey, A.I. Dopamine transporter (DAT) immunoreactivity within the human substantia nigra decreases with age. Soc. Neurosci. Abstr. 23:1456 , 1997.

119.) Pablo, J.P. and Mash, D.C. Noribogaine stimulates naloxone-sensitive [35S]GTP□S binding Soc. Neurosci. Abstr. 23:1771, 1997.

120.) Wang, Y.H., Yasuda, R..P., Mash, D.C. and Wolfe, B.B. Both NMDA and AMPA receptor subunits are altered in Alzheimer's disease Soc. Neurosci. Abstr. 23:1895, 1997

121.) Deecher D.C., Mash D.C., Staley J.K., Anderson K., and Mufson E.J. Characterization and localization of galanin receptors in human entorrhinal cortex. Soc. Neurosci. Abstr. 23: 2032, 1997.

122.) Mash, D.C., Weiner, W.J., Staley, J.K., Freeman, T.B., Kordower, J.H. Striatal Dopamine Transporter and D3 receptor densities following fetal nigral transplantation in a patient with Parkinson's disease. Symposia on Etiology, Pathogenesis, and Treatment of Parkinson's disease and on hyperkinetic movement disorders, 1997.

123.) Elkashef, A.M., Mash, D.C., Eisenhofer, G., Izenwasser, S., Vocci, F.J., and Bridge, T.P. Effect of chronic cocaine use on COMT and MAO activities in the human brain. American College of Neuropsychopharm., 1998.

124.) Hurley, M., Ouyang, Q., Basile, M., Mash, D.C. and Jenner, P. Pallidal D1 Dopamine receptor expression is unchanged in Parkinson's disease. Soc. Neurosci. Abstr. 24:1467, 1998.

125.) Mash, D.C., Hurley, M., Staley, J. and Jenner, P. Dopamine D1 receptor changes in Parkinson's disease. Soc. Neurosci. Abstr. 24:762, 1998.

126.) Ciliax, B., Drash, G., Staley, J., Mobley, C., Mash, D.C. and Levey, A. Immunolocalization of the dopamine transporter in human brain. Soc. Neurosci. Abstr. 24:277, 1998.

127.) Kovera, C.A., Kovera, M.B., Singleton, E.G., Ervin, F.R., Williams, I.C., Mash, D.C., Decreased drug craving during inpatient detoxification with ibogaine. College on the Problems of Drug Dependence. NIDA Monograph Series, 1999.

128.) Pablo, J., Tyndale, R., Obach, S., Hearn, W.L., and Mash, D.C., Pharmacokinetic disposition of ibogaine after oral administration to human subjects. College on the Problems of Drug Dependence. NIDA Monograph Series, 1999.

129.) Mash, D.C., Allen-Ferdinand, K., Mayor, M., Kovera, K.A., Ayafor, J.F., Williams, I.C., Ervin, Fr. Ibogaine: clinical observations of safety after single oral dose administration. College on the Problems of Drug Dependence. NIDA Monograph Series, 1999.

130.) Izenwasser, S., Ciliax, B.J., Levey A.L., Mash, D.C. Chronic heroin abuse alters the dopamine synapse in human brain. College on the Problems of Drug Dependence. NIDA Monograph Series, 1999

131.) Mash, D.C., Schenk, S., and Efange, S.M.N. Preclinical screening of 3-Ethyl-5-Phenyl-1,2,3,4,5,6-hexahydroazepino [4,5,-b -benzothiophenes: Differential effects on cocaine-induced hyperlocomotion and cocaine self-administration. Submitted to College on the Problems of Drug Dependence, 1999.

132.) Baumann, M.H., Pablo, J., Phillips, J.M., Rothman, R.B., and Mash, D.C. Gender differences in the metabolism of ibogaine to noribogaine in rats. National Institute on Drug Abuse, Monograph series, Problems on Drug Dependence, pp 287, 1999.

Case 2:13-cv-00180-JRG-MCLC   Document 233   Filed 03/01/16   Page 26 of 42   PageID #: 1950

133.) Elkashef, A.M., Mash, D.C., Eisenhofer, G., Izenwasser, S., Pablo, J., Vocci, F.J., and Bridge, T.P. The effect of chronic cocaine use on MAO and COMT activities in the human brain: A postmortem study. National Institute on Drug Abuse, Monograph series, Problems on Drug Dependence, pp 153, 1999.

134.) Ouyang, Q., Pablo, J., Izenwasser, S., Elkashef, A.M., Vocci, F.J., and Mash, D.C. MAO-B activity is markedly decreased post mortem in human, chronic cocaine users. Soc. Neurosci. Abstr. 25, 437.20, 1999.

135.) Izenwasser, S., Staley, J., Weiner, W.J., and Mash, D.C. Marked, progressive loss of kappa opioid receptors in Parkinson's disease. Soc. Neurosci. Abstr., 25, 819.3, 1999.

136.) Basile, M.J., Izenwasser, S., Staley, J.K., and Mash, D.C. Serotonin transporter regulation in human cocaine abusers. Soc. Neurosci. Abstr. 25, 228.3, 1999.

137.) Gonzalez, J. Izenwasser, S. Hurley, M.J., Gorokhovskaya, D., Gerdes, R., Basile, M., Jenner, P., Edwards, R.J. and Mash, D.C. Time course of the induction of CYP-2E1 in the nigrostriatal pathway. Soc. Neurosci. Abstr. 25, 640.20,1999.

138.) Mash, D.C., Ouyang, Q., Pablo, J., and Izenwasser, S. Chronic cocaine abuse alters dopamine uptake in human cocaine overdose victims. Soc. Neurosci. Abstr. 25, 522.1, 1999.

139.) Gerdes, R., Garg, R., Gorokhovskaya, D., Hurley, M.J., Carroll, F.I., Mash, D.C., and Izenwasser, S. Decreased tyrosine hydroxylase after continuous cocaine, GBR 12909 and RTI-117. Soc. Neurosci. Abstr. 25, 327.4, 1999.

140.) Pablo, J.P., Ouyang, Q., Kovera, C.K., and Mash D.C. Noribogaine: An active metabolite of ibogaine blocks opiate withdrawal in humans. Soc. Neurosci. Abstr. 25, 627.11,1999.

141.) Kovera, C.A., Kovera, M.B., Pablo, J., Ervin, F.R., Williams, I.C., and Mash, D.C. Anti-addiction benefits of ibogaine: Mood elevation and drug craving reduction. Soc. Neurosci. Abstr. 25, 627.10,1999.

142.) Haracz, J.L., Palmour, R.L., Ervin, F.R., and Mash, D.C. Elevated D3 dopamine-receptor densities in alcohol preferring vervet monkeys: Potential trait marker for vulnerability to alcohol abuse. Soc. Neurosci. Abstr. 25, 438.13, 1999.

143.) Mash, D.C., Kovera, C.A., Pablo, J.P., Kamlet, J.D., Williams, M.D, Ervin, M.D. Ibogaine blocks opiate withdrawal and craving. ASAM, 2000.

144.) Tyndale, R.F., Rao, Y., Miksys, S., Sellers, E.M., Mash, D.C. Regional and Cellular Expression of Human CNS CYP2D6: higher levels in alcoholics. 13th International Symposium on Microsome and Drug Oxidation, July 10-14, 2000, Stresa, Italy.

145.) Ciliax, B.J., Heilman, C.J., Drash, G.W., Mou, K., Staley J.K., and Mash, D.C. The immunocytochemical distribution of the serotonin transporter in human brain. Soc. Neurosci. Abstr. 26:146.4, 2000.

146.) Pablo, J.P., Mash, D.C. Pseudoirreversible binding of [$^3$H]Noribogaine binding to mu opioid receptors may explain the efficacy of ibogaine for the blockade of opiate withdrawal In humans. Soc. Neurosci. Abstr. 26:598.7, 2000.

147.) Cochran, E.J., Basile, M., Izenwasser, S., Mash, D.C., Mufson, E.J. Galanin receptor expression in early Alzheimer's disease. Soc. Neurosci. Abstr. 26:576.9, 2000.

148.) Hemby, S.E., Mash, D.C. Gene expression profiling of cocaine abuse in human post-mortem tissue: ventral tegmental area. Soc. Neurosci. 26:681.1, 2000.

149.) Mash, D.C., Kovera, D.A., Ervin, F.D., Kamlet, J.D. Medication development of the psychoactive rainforest alkaloid ibogaine for drug dependence: an alternative approach for addiction treatment. American Society for Addiction Medicine Abstr., 2000.

150.) Basile, M.J., Heilman, C.J., Drash, G.W., Mou, K., Staley, J.K., Miller, G-W., <u>Mash, D.C.,</u> Ciliax, B.C. The immunocytochemical distribution of the norepinephrine transporter in human brain. Soc. Neurosci. Abstr. 26:535.7, 2000.

151.) <u>Mash, D.C.</u>, Ouyang, Q., Pablo, J., Izenwasser, S., Jo, E., Basile, M.J., Druid, H.  Cocaine abusers have an overexpression of alpha-synuclein in dopamine neurons: Neuroplasticity or pathway to Parkinson's Disease. Soc. Neurosci., 241.7, 2001.

152.) Tyndale, R.F., Schoedel, K.A., <u>Mash, D.C.</u>, Miksys, S.  Nicotine, Cocaine, PCP and Amphetamine metabolizing enzyme CYP2B6 In Human Brain: Higher levels in smokers and alcoholics. Soc. Neurosci. 241.2, 2001.

153.) Guillozet, A.L., Weintraub, S., <u>Mash, D.C.</u>, Mesulam, M-M. Plaques, Tangles and Memory in Aging and MCI. Soc. Neurosci., 547.18, 2001.

154.) Hasenkamp, WM, <u>Mash, DC</u>, Hemby, SE. Expression profile of ventral tegmental area in human cocaine overdose tissue. Soc. Neurosci., 977.16, 2001.

155.) Cienki, J., <u>Mash, D</u>.C., Hearn, W. Ibogaine fatalities. Clinical Toxicology, 39(5):547, 2001.

156.) <u>Mash, D.C.</u>, Ouyang, Q., Pablo, J., Izenwasser, S., Jo, E., Basile, M.J., Druid, H. Cocaine users have an overexpression of alpha-synuclein in dopamine neurons: Pathway to Parkinson's disease? College on Problems of Drugs Dependence, S113:442, 2002.

157.) Hasenkamp, W.M., Tang, W., <u>Mash, D.C.</u>, Hemby, S.E. Region specific alterations in ionotropic glutamate receptor subunits of cocaine overdose victims. Soc. Neurosci., 897.14, 2002.

158.) <u>Mash, D.C.</u>, Ouyang, Q., Pablo, J., Basile, M. Norepinephrine transporter regulation in cocaine abuse: lateral asymmetry in protein levels in the anterior insular cortex. Soc. Neurosci., 119.11, 2002.

159.) Ouyang, Q., Ritchie T., Noble, E.P., Pablo, J., Staley, J.K., <u>Mash, D.C</u>. DAT genotype and dopamine transporter binding in the striatum from cocaine abusers. Soc. Neurosci., 898.16, 2002.

160.) Pablo, J., Izenwasser, S., Efange, S., Ouyang, Q., Shen, S., Hearn, W.L., <u>Mash, D.C</u>. Combined Serotonergic potentiation and MAO-A inhibition by paramethoxyamphetamine (PMA) and paramethoxymethamphetamine (PMMA): implications for ecstasy fatalities. Soc. Neurosci., 809.4, 2002.

161.) Zhu, G., Lipsky, R.H., Xu, K., Akhtar, L.A., Ali, S.S., Mash, D.C., Goldman, D.  Detection of COMT differential allele expression by RT-coupled 5'nuclease assay. Soc. Neurosci, 504.11, 2002.

162.) Noga, B.R., John, D.M.G., Pinzon, A, Riesgo, M., Basile, B., Mash, D.C. Changes in 5HT7 receptor distribution in cat spinal cord following chronic transaction. Soc. Neurosci., 853.1, 2002.

163.) Pablo, J., Hearn, W.L., Marinetti, L., Cienki, J., <u>Mash, D.C</u>.  Developing a Rapid Method of Detection for GHB. NIDA Monographs, 2003.

164.) <u>Mash, D.C.</u>, Ouyang, Q., Ritchie, T., Noble, E.P., Pablo, J., Staley, J.K.  DAT Genotype and dopamine transporter binding in the striatum from cocaine abusers.  NIDA Monographs, 809.4, 2003.

165.) Zhu, G., Lipsky, R.H., Xu, K., Ali, S.S., <u>Mash, D.C</u>., Goldman, D.  Detection of COMT differential allele  expression by RT – coupled 5' nuclease assay.  NIDA Monographs, 504.11, 2003.

166.) <u>Mash, D.C.</u>, Ouyang, Q., Pablo, J., Basile, M.  Norepinephrine transporter regulation in cocaine abuse,      lateral asymmetry in protein levels in the anterior insular cortex.  NIDA Monographs, 119.11, 2003.

167.) Lad, S.P., Counts, S.E.., Nadeem, M., Mash, D.C., Mufson, E.J.  TRKA but not P75NTR is upregulated in the hippocampus in late stage Alzheimer's disease.  Soc. Neurosci., 92.7, 2004.

168.) Backes, E.N., Tang, W., Mash, D.C., Hemby, S.E.  Discrete cell molecular profiling of midbrain dopamine neurons of cocaine overdose victims.  Soc. Neurosci., 578.2, 2004.

169.) Mash, D.C., Qin, Y., Gwadry, F., Ffrench-Mullen, J.  Changes in gene expression in the human amygdala linked to cocaine abuse and delirium.  Soc. Neurosci., 692.5, 2004.

170.) Papapetropoulos, S., Gonzalez, J., Lieberman, A., Mash, D.C. Dementia in Parkinson disease. Prevalence and clinical correlates in a nationwide population of brain donors. Mov Disord 19 (supp9); [P539], 2004.

171.) Papapetropoulos, S., Gonzalez, J., Lieberman, A., Mash, D.C.  Alzheimer disease (AD) pathology in patients clinically and pathologically diagnosed with Parkinson disease (PD). Are the symptoms different? Mov Disord 19 (supp9); [P619], 2004.

172.) Papapetropoulos, S., Gonzalez, J., Lieberman, A., Mash, D.C.. A comparison of demented patients with pathologically confirmed Parkinson disease (PD) and Alzheimer disease (AD) pathology and non-demented patients also with confirmed Parkinson disease and Alzheimer disease. Mov Disord 19 (supp9); [P693], 2004.

173.) Pablo, J.P., Druid, H., Hearn, L.W., Mash, D.C.  Segmental hair analysis for cocaine and opiates: Determining pattern of use for association with cause of death in victims of suspected drug overdose.  College on Problems of Drugs Dependence, 2005.

174.) Duque, L., Foord, C., Page, B., Mash, D.C.  Structured elicitation narrative reveals a variety of Ibogaine experiences. College on Problems of Drugs Dependence, 2005.

175.) Mash, D.C, Duque, L., Kamlet, J.D., Ervin, F.D., Allen-Ferdinand, K.  Offshore investigations of the non-addictive plant alkaloid Ibogaine: 1996-2004.  College on Problems of Drugs Dependence, 2005.

176.) McCorquodale, D., Qin, Y., Gawdry, F., ffrench-Mullen, J., Pablo, J., Mash, D.C.  Gene expression profiling of the human amygdala in cocaine abuse and excited cocaine delirium.  College on Problems of Drugs Dependence, 2005.

177.) Mash, D.C., Qin, Y., Ouyang, Q., Pablo, J., Papapetropoulos, S., Basile, M.J.  Cocaine abuse triggers abnormal expression of alpha-synuclein expression in DA cell bodies and terminals. [P06.053] American Academy of Neurology, 57th Annual Meeting, April 9 – 16, Miami Beach, FL. 2005.

178.)  Mash, D.C., Pablo, J., Duque, L., Ervin, F.R., Hearn, W.L., Kamlet, J.D. Noribogaine: A metabolite of the naturally occurring substance ibogaine mediates the beneficial effects of the drug on opiate withdrawal and dependence. International Narcotic Research Conference, Anapolis, MD, 2005.

179.) Baumann, M.H., Pablo, J., Zolkowska, D., Rothman, R.B., Mash, D.C. Relationship between plasma levels of MDMA and depletion of brain serotonin. Soc. Neuro., 111.17, 2005.

180.) Ffrench-Mullen, J.M., McCorquodale, D., Qin, Y., Mash, D.C. Assymetry of gene expression in the human insula with cocaine abuse. Soc. Neurosci., 1032.11, 2005.

181.) Qin, Y., ffrench-Mullen, J., Mash, D.C. Cocaine abuse elevates RECK expression in human brain. Soc. Neurosci., 1032.10, 2005.

182.) Papapetropoulos, S., Gonzalez, J., Jean-Gilles, L., Basile, M., Mash, D.C. Extranigral Lewy body density in Parkinson's disease patients with visual hallucinations. Soc. Neurosci., 1105.13, 2005.

183.) Kivell, B., Day, D., Miller, J., Lake, B., Flannagan, G., Mash, D.C., Schenk, S. MDMA (Ecstasy) treated rats have reduced serotonin transporter (SERT) function without a reduction in mRNA and protein. Soc. Neurosci., 111.6, 2005.

Case 2:13-cv-00180-JRG-MCLC   Document 233   Filed 03/01/16   Page 29 of 42   PageID #: 1953

184.) Miksys, S.L., Boutros, A., Mash, D.C., Palmour, R., Tyndale, R.F. Nicotine and smoking elevate brain CYP2D6; A role in neuroprotection against Parkinson's disease? Soc. Res. Nicotine and Tobacco, 2005.

185.) Qin, Y. ffrench-Mullen, J., Buck, A., Mash, D.C. Cocaine Exposure Regulates MMP-9 and Its Inhibitor RECK in Human Hippocampus Soc. Neurosci. 2006.

186.) Miksys S., Mann, A., Lee, A.M., Palmour, R, Mash, DC, and Tyndale, R.F., Brain CYP2D6 is induced in monkeys by vivo nicotine and is higher in human smokers: A role in interindividual variation? Control number: 07-A-427-ASCPT, 2006.

187.) Papapetropoulos S., Ffrench-Mullen, J.M, Qin, Y., Mccorquodale, D., Buck, A., Pablo, J., and Mash, D.C., Multiregion, high-throughput gene expression profiling identifies mitochondrial ribosomal protein S6 (MRPS6) as a candidate gene for Parkinson's disease. Society of Neuroscience Abstr: 173.13/GG9 10/15/06.

188.) Qin Y., Ffrench-Mullen, J., Buck, A., and Mash, D.C., Cocaine exposure regulates MMP-9 and its inhibitor RECK in human hippocampus. Soc for Neurosci Abstr, 294.18, Atlanta, GA, October 14-18, 2006

189.) Hemby S.E., Tannu N., Mash, D.C., Howell L.L.. Proteome and phospho-proteome of cocaine abuse in human and non-human primates. Soc for Neuroscience Abstr: 294.23, 2006.

190.) Adi N., Pablo J., Duque L., Ervin F.R., Mash D.C. Alpha synuclein protein levels are increased in cocaine abusers. College on Problems of Drugs Dependence, 2007

191.) Mash D.C., ffrench-Mullen J., Buck A., Gene expression in human hippocampus from cocaine abusers identifies genes that regulate extracellular matrix remodeling. College on Problems of Drugs Dependence, 2007.

192.) Adi N., Pablo J., Duque L., Ervin F.R., Mash D.C. Cocaine elevates serum alpha synuclein protein in addicts. Soc. For Neurosci. Abstr. 2007.

193.) Pablo J., Banack S.SA., Cox P.A., Johnson T.E., Papapetropoulos S., Bradley W., Mash DC. Neurotoxic non-protein amino acid BMAA in patients dying with ALS and Alzheimer's Disease. Soc. For Neurosci. Abstr., 2007.

194.) Goldman D., Hariri A.R., Zhou Z., Zhu G., Scott D., Sinha R., Virkkunen M., Mash D.C., Lipsky R., Hu X., Hodgkinson C., Xu K., Buzas B., Enoch M., Yuan Q., Shen P., Ferrell R., Manuck S.B., Hauger R.L., Stohler C.S., Zubieta J. A functional neuropeptide Y locus convergently modulates emotion and pain/stress. ACPN Abstr. December 9-13, 2007, Boca Raton, Florida.

195.) Mash D.C, Pablo J, Banack S.A., Cox P.A., Johnson T.E., Papapetropoulos S., and Bradley W.G., Neurotoxic non-protein amino acid BMAA in brain from patients dying with ALS and Alzheimer's Disease. American Academy of Neurology 60th Meeting Chicago, IL. April 12-19, 2008

196.) Qin Y., Mash D.C. Alpha-synuclein isoforms in cocaine addiction Soc. For Neurosci. Abstr., 2008

197.) Brand L., Compton A., Hammerschlag N., Mash D.C, Pablo J., Basile M. Cyanobacterial blooms and biomanigfication of the neurotoxin BMAA in South Florida coastal waters. Poster B53B-0486, American Geophysical Union Fall Meeting, San Francisco, CA. December 15-19, 2008,

198.) Hollander JA, Im HI, Amelio A, Kocerha J, Bali P, Lu Q, Mash DC, Willoughby, Wahlestedt CR, Conkright MD, Kenny PJ. MicroRNA-212 in dorsal striatum controls compulsive cocaine-taking. Soc. For Neurosci. Abstr., 2009

199.) Zhou Z, Zhu G, Hariri A, Enoch M.A., Scott D, Sinha R, Virkkunen M, Mash D.C., Lipsy R, Hu XZ, Hodgkinson C, Xu K, Buzas B, Yuan Q, Shen PH, Ferrell R, Manuck S, Brown S, Hauger R, Stohler C, Zubieta JK, Goldman D. Zhou et al. reply. Replying to: C.H. Cotton, J. Flint & T.G. Campbell Nature 458, 10.1038/nature07927. 2009.

30

200.) Xie XB, Witte MM, Pablo JP, Lopez A, Basile MJ, Mash DC. Biodistribution and brain uptake of cyanobacterial toxin BMAA. Soc. For Neurosci. Abstr. 2010.

201.) Mash DC, Xie XB, Pablo J, ffrench-Mullen, J. Targeting cholinergic dysregulation in cocaine addiction. Soc. Neurosci. Abstr. 164.7/Y9, Nov 14, 2010.

202.) Mash DC, Duque L, Pablo J, Qin Y, Adi N, Hearn WL, Hyma BA, Karch SB, Druid H, and Wetli CV. Brain Biomarkers for identifying excited delirium as a cause of sudden death. College on Problems of Drugs Dependence, 2010.

203.) Mash DC, , Duque L, Pablo J, Qin Y, Adi N,Hearn WL, Hyma BA, Karch SB, Henrik Druid H, Wetli CV. Excited delirium , TASERs , and sudden death. College on Problems of Drugs Dependence Abstr. 94, Jun 14, 2010.

204.) Mash DC, Xie XB, Qin Y SNCA Isoforms Associated with Cocaine Abuse. Soc. Neurosci. Abstr., 2011

205.) Mash DC, Xie XB, Garamszegi S, Duque L Lew EO, Cina S, Hyma BA Gene expression biomarkers to detect cocaine excited delirium. Soc. Neurosci. Abstr., 2012

206.) Luca C, Garaszegi S, Eldick D, Singer C, Mash DC. Altered SIRT4 expression is associated with Lewy Body Pathology Neurology. 2012; 78 (1_MeetingAbstracts): p. P01.209. American Neurological Association 2012.

207.) Pollock J, Mash DC, West AE, Pierce C, Feng J.Role of methylation and chromatin modification in substance abuse and behavior. World Congress of Psychiatric Genetics Abstr., October 2013.

208.) Adi NC, Garamszegi S, Xie X, Mash DC. Profiling miRNA expression in human midbrain dopamine neurons in cocaine addiction. Soc. Neurosci. Abstr. 449.12/MM3, 2013.

209.) Garamszegi S, Duque L, Xie X, Adi NC, Mash DC. SIRT1 and MAOA regulation in cocaine excited delirium. Soc. Neurosci. Abstr. 546.03/NN7, 2013.

210.) Taherian M, Williams C., Duque L., Mash DC. Brain biomarkers of alcohol abuse at autopsy. College on Problems of Drug Dependence Abstr. 1888620, June 17, 2014

211.) Mash DC, Jiang Z, Capobianco E, Tsinoremas F, Deluca S, Ardlie K, Garamszegi SP, Turecki G. Identifying striatal gene networks and pathways associated with cocaine dependence. Soc. Neurosci. Abstr. 15359, November 19, 2014.

212.) Druid H, Wardi T, Alkass K, Bernard S, Garamszegi SP, Duque L, Buchholz BA, Dhanabalan G, Salehpour M, Spalding K, Mash DC. Retrospective carbon-14 birth dating demonstrates effects of cocaine and alcohol abuse on adult hippocampal cell turnover. Soc. Neurosci. Abstr. 5589. November 16, 2014

213.) Goldstein DS, Holmes C, Sullivan P, Mash DC, Sidransky E, Stefani A, Kopin IJ, Sharabi Y. Deficient vesicular storage is associated with catecholaminergic denervation in neurodegenerative diseases. American Autonomic Society. 2015; (MeetingAbstracts) *Clinical Neurocardiology Section, NINDS, USA; Department of Neurology, University of Miami Millers School of Medicine, USA; Medical Genetics Branch, NHGRI, USA; Movement Disorder Center, Univ. of Tor Vergata, Italy; Department of Internal Medicine, Tel-Aviv University Sackler Faculty of Medicine, Israel.*

## Professional Activities

## 21. Funded Research

1986 - 1987    National Parkinson Foundation, Inc. Miami, FL., Total Award: $23,750
1986 - 1987    NIH, Biomedical Research Support Grant, Principal Investigator, Total Award: $22,890
1987 - 1992    NIH-NINCDS R29 NS 25785, Principal Investigator, Total Direct Costs: $355,167

1987 - 1988   National Parkinson Foundation, Inc. Miami, FL. Total Award: $38,870
1988 - 1989   American Parkinson Disease Foundation, NY, NY, Total Award:$20,000
1988 - 1989   American Foundation for Aging Research, New York, NY Total Award: $25,000
1989 - 1990   National Parkinson Foundation, Inc. Miami, FL. Total Award: $38,000
1989 - 1990   NIH-S15 A1 3075, Small Instrumentation Grant, Total Award: $21,290
1990 - 1991   National Parkinson Foundation, Inc., Miami, FL. Total award: $39,000
1990 - 1993   NIH-NIDA R01 DA 06227, Principal Investigator, Total Direct Costs: $418,163
1990 - 1995   NIH-NINDS, R01 NS 19065, Co-Investigator, Total Direct Costs: $489,345
1990 - 1995   Allied Signal Research Award, Co-Investigator, Total Award for Period: $500,000
1991 - 1992   National Parkinson Foundation, Inc., Miami, FL. Total award: $20,000
1991 - 1992   Alcoholic Beverage Medical Research Foundation, Baltimore, MD., $25,000
1992 - 1993   American Foundation for Aging Research, New York, NY Total Award: $25,000
1992 - 1995   NIH-NIA , AG05128-09S1, Core Leader, Total Direct Costs: $262,721
1992 - 1993   Alcoholic Beverage Medical Research Foundation, Baltimore, MD., $22,000
1993 - 1998   NIH-NIDA, DA07909, Co-Investigator, Total Direct Costs:  $1,075,849
1992 - 1994   NIH-NIAAA, Principal Investigator, Total Direct Costs: $100,000
1993 - 1997   NIH-NIDA, R01 DA06227 Principal Investigator, Total Direct Costs: $707,753
1993 - 1994   NIH-SBRR, Principal Investigator, Total Direct Costs, $108,000
1993 - 1998   NIH-P01 HD-331199, Core Leader, Total Direct Costs, $423,000
1994 - 1995   National Parkinson Foundation, Inc., Miami, FL., Total Award, $17,990
1994 - 1995   NIH-NIDA, Professional Service Contract, Total Award, $24,990.
1994 - 1998   NIH-NIDA, R01 DA09084, Principal Investigator, Total Direct Costs, $887,360
1995 - 1996   NIH-NIDA, R43 DA 9292, SBIR Program; Consortium; Total Award, $66,375
1995 - 2000   NIH-NIA, AG05128-10, Core Leader, Total Costs: $430,000
1995 - 1998   NIH-NIA, AG13, 621 (Co-Investigator, Consortium-Univ. Minnesota), Total Costs: $202,984
1997 - 1998   PhaseOut America, Principal Investigator, Total Direct, $25,000.
1996 - 2000   NIH-NIA, AG10,668 (Co-Investigator, Consortium-Rush Univ.) Total Direct Costs: $178, 556
1997 - 2001   DOD, US Army (Co-Investigator, Consortium-Lovelace Respiratory Res. Institute), $169,935.
1998 - 2003   NIH-NIDA, R01 DA06227 Principal Investigator, Total Direct Costs: $1,040,396.
2001 - 2004   NIH-NIDA, R21 DA14912-01, Principal Investigator, Total Direct Costs:  $200,000
2002 - 2004   NIH-NIDA, (Co-Investigator), Consortium Emory University, Total Direct Costs: $320,000
2002 - 2009   GENELOGIC, Inc. Sponsored Res. Agreement, (Principal Investigator), Total Costs $665,036
2003 - 2008   NIH-NIDA, R01 DA06227 Principal Investigator, Total Costs: $1,227,150.
2005 - 2007   National Parkinson Foundation, Inc., Miami, FL., Total Award, $455,800.
2006 - 2008   Institute for Ethnomedicine, Research Award, Total Costs, $100,000
2006 - 2011   NIH-NIDA Genetic and Epigenetic Regulation of Addiction Genes (Co-Investigator, Consortium
              Ohio State University) Total direct costs $511,312.
2007 - 2008   NSF, Oceans & Human Health: Cyanobacterial Toxin BMAA in the Food Web of South Florida
              Coastal Waters (SGER**)**, Total costs: $150,000
2007 - 2010   NIH-NIMH, R03 MH 074059-02: The Basis of Psychotic Symptoms in Parkinson's disease, Principal
              Investigator**.** Total direct costs: $150,000.
2009 - 2015   NIH-NIDA, R01 DA06227 CNS Mechanisms in Cocaine Sudden Death, Principal Investigator. Total direct
              costs: $150,000.
2010 - 2015   NIH-NIDA R01DA06227-18   Genotype Tissue Expression (GTex), Principal Investigator. Total direct
              costs: $435,000.
2011 - 2015   NIH-NIDA R01DA031429-01 Carbon-14 Birth Dating of Neurons in Addiction, Principal Investigator.
              Total direct costs: $316,000
2011-2016    NIH-NIDA, R01DA033684  Epigenetic Marks of Cocaine Addiction, Principal Investigator. Total costs:
              $3,500,000.
2010-2014    Hoover Foundation:  Cyanobacterial Toxins in the Marine Food Web; Total award: $176,000
2013-2015    NIJ Excitation Study: Stress Biomarkers in Excited Delirium. Total Consortium Costs:  $225,000
2013-2015     NIH-NIDA, R21DA035607 Cocaine Addiction and Retrotransposons.  Total Consortium Costs: $68,000
2013-2021    NIH National Brain and Tissue Repository Principal Investigator: Total Award: $7,494,000

**22.  Editorial Responsibilities:**

*Ad Hoc Reviewer*:

Brain Research; Neurology; Journal of Neurochemistry; Neurobiology of Aging; Journal of Immunopharmacology; Journal of Neuroscience; Pharmacology, Biochemistry and Behavior; Life Sciences (Pharmacology Letters); European Journal of Pharmacology; Annals of Neurology, Neurology, Journal of Comparative Neurology, Journal of Neuroscience, Life Sciences (Pharmacology Letters); Molecular Psychiatry, Synapse; Psychopharmacology, American College of Neuropsychopharmacology; Molecular Psychiatry, Journal of Forensic Science

*Associate Editor*

Cardiovascular Psychiatry and Neurology

## 23. Professional and Honorary Organizations:

Society for Neuroscience, Member
Sigma Xi, Member
International Brain Research Organization, Member
American Association for the Advancement of Science, Member
American Society for Pharmacology and Experimental Therapeutics, Member
American Academy of Neurology, Member
Research Society on Alcoholism, Member (Legislative Action Subcommittee)
College on the Problems of Drug Dependence, Member
International Society for Biomedical Research on Alcoholism, Member
New York Academy of Sciences, Member
International Drug Abuse Research Society, Member
International Society for Biomedical Research on Alcoholism, Member

## 24. Honors and Awards:

NIH Predoctoral Traineeship, 1980-1984
NIH Postdoctoral Traineeship, 1984-1986
UpJohn Award, First Place Graduate Student Category, l984
Roche Laboratories Award in Clinical Sciences, l984
James E. Beale II Award in Neuroscience, 1984
Boehringer Ingelheim Research Award, 1984
Jeanne C. Levey Professor of Neurology, Endowed Chair, 1996
Professional Leadership Award, National Parkinson's Foundation, 2002.
Alzheimer's Association Medical Honoree, Annual Award, 2002.

## 25. Postdoctoral Training:

1984-1986    Research Fellow in Neurology (Neuroanatomy) Harvard Medical School, Boston, MA
(Under the direction of M-Marsel Mesulam, M.D.)

## 26. Other Professional Activities:

*Invited lectures*

Hillhaven Foundation, A National Conference on Alzheimer's Disease, "Research Update: Therapeutic strategies for cholinergic dysfunction in Alzheimer's disease", Boston, MA, November, 1985.

Massachusetts Institute of Technology, Department of Psychology, "Loss of M2 muscarinic receptors in Alzheimer's disease", Boston, MA, December, 1985.

Boston University School of Medicine, Department of Pharmacology, "Characterization and localization of M1 and M2 receptor subtypes", Boston, MA, March, 1986.

John Douglas French Foundation for Alzheimer's Disease. "M1 and M2 receptor subtype alterations in Alzheimer's Disease", Los Angeles, CA, May, 1986.

Monell Sensory Sciences, "M1 and M2 receptor subtype alterations in Alzheimer's disease" Philadelphia, PA , April, 1987.

American Geriatrics Society, "Age-altered architectonics of cholinergic receptor subtypes", New Orleans, Louisiana, May, 1987.

Management of the Elderly Patient: Psychopharmacological, Psychosocial, and Behavioral Issues, Dept.   Psychiatry, UM School of Medicine, "New Horizons in the Neurosciences", Miami, FL., February, 1987.

Behavioral Neurology Grand Rounds at Beth Israel Hospital, "Cholinergic receptor subtypes in aging  and Alzheimer's disease", Boston, MA., April, 1987.

Gerontology Institute of New Jersey, "Update on the Neurobiology Aging." Miami, FL., May, l988.

First National Parkinson Foundation Meeting on Parkinson's Research, "Cholinergic receptor mosaics in the striatum", Key Biscayne, FL, January, 1988.

Florida State University, Psychobiology Colloquium Series, "Cholinergic receptor subtype architecture in the primate and human brain", Tallahassee, FL., September, 1989.

Alzheimer's Disease Research Centers Directors' Meeting, "Cholinergic receptor subtype alterations in Alzheimer's disease: Implications for the failure of cholinergic therapies", Miami, FL., April, 1990.

Florida Alliance for the Mentally Ill, State Convention, "The Decade of the Brain: Challenges and Choices", Orlando, FL., September, 1990.

Second National Parkinson Foundation Meeting on Parkinson's Research, "Brain iron regulation by transferrin receptors", Miami Beach, FL, October, l990.

Society for Neuroscience, National Press Conference, "Detection of a novel cocaine and alcohol metabolite called cocaethylene: Implications for the epidemic of cocaine-related sudden deaths," St. Louis, MO, October, l990.

Addiction Research Center, National Institute on Drug Abuse, "Epidemic of cocaine-related sudden deaths: Detection of a novel cocaine and alcohol metabolite", Baltimore, MD., December, 1990.

Friday Faculty Forum, "Epidemic of cocaine-related sudden deaths in Dade County: Potential lethal mix of cocaine and alcohol", Miami, FL., April, l991.

American College of Neuropsychopharmacology, "Limbic and medullary mechanisms in cocaine-related sudden death, San Juan, Puerto Rico, December, 1991.

Marion Merrell Dow, Inc, Alzheimer's disease workgroup "Defect in muscarinic receptor G-protein coupling in Alzheimer's disease". Jacksonville, FL., November, 1991.

Medications Development Division, National Institute on Drug Abuse,, "Detection of a novel cocaine and alcohol metabolite: Implications for the epidemic of cocaine-related sudden death". Rockville, MD., December, 1991.

American Academy of Forensic Sciences, "Cocaethylene chemistry". Boston, MA, February, 1992.

International Workshop on Iron in Neurodegenerative Disease, "Iron storage and transport proteins in  Parkinson's Disease. Wurzburg, Germany, March, 1993.

34

Miles Pharmaceutical, Inc., "Cholinergic Receptor Subtypes in Aging and Alzheimer's Disease: Altered Distribution and Functions", New Haven, CT., May, 1993.

National Alliance for the Mentally Ill, Keynote Address - "New Horizons for Brain Research: Future Hopes of a Cure for Schizophrenia and Depression", Miami, Florida., July, 1993.

American College of Neuropsychopharmacology, 32nd Annual Meeting, "M1 Muscarinic Receptor-G Protein Coupling Disturbances in Alzheimer's Disease", Honolulu, Hawaii, December, 1993.

American Academy of Forensic Sciences, "Neurobiology of Drug Abuse", San Antonio, Texas, February, 1994.

Esalen Institute, "Ibogaine (Endabuse$^{TM}$): Preclinical to Phase 1 Safety Trials, Big Sur, CA. January, 1994

The National Alliance for the Mentally Ill of Palm Beach County, "The Decade of the Brain: Research Update", Palm Beach, Florida, April, 1994.

National Institute on Drug Abuse, Ibogaine Clinical Protocol Development Meeting, "Preclinical Studies of Ibogaine in the Monkey: Neuroanatomical, Biochemical and Behavioral Observations", Rockville, MD, May, 1994.

Miles Pharmaceutical, Inc.: "Toward the Development of Pharmacotherapy for Substance Abuse: From Cocaine Antagonists to Rain Forest Alkaloids." New Haven, CT., July, 1994.

Pacific Symposium on Psychedelic Drugs, Esalen Institute: "Ibogaine: Update on Preclinical Studies of Ibogaine." Big Sur, CA, January, 1995

Department of Medicinal Chemistry, University of Minnesota Medical Center: "Development of Novel Pharmacotherapy Strategies for Substance Abuse: From Cocaine Antagonists to Rain Forest Alkaloids." January, 1995.

Department of Neuroscience and Anatomy: "CNS Mechanisms of Cocaine-Related Sudden Death," Pennsylvania State University, College of Medicine, January, 1995.

Beyond the Dark Side of Drug Dependence: New Insights from the Neurosciences, Keynote address to the Southern Society of Clinical Medicine, New Orleans, February, 1995.

Ibogaine Review Meeting, National Institute on Drug Abuse, Update on the Safety and Effectiveness of Ibogaine, Rockville, MD, March, 1995.

"Development of Novel Treatment Strategies for Drug Abuse: From Cocaine Antagonists to Rain Forest Alkaloids" Department of Clinical Pharmacology, Univ. Texas Medical Center at Houston, May, 1995.

Cellular and Molecular Mechanisms of Drugs of Abuse: Cocaine, Ibogaine and Substituted Amphetamines, Satellite Meeting of the International Society for Neurochemistry, Niigata, Japan, June, 1995.

Update on Clinical Investigations of the Anti-Addiction Drug Ibogaine, Symposium on Maturational Issues in Behavioral Disorders, University of Limbure, Mastricht, The Netherlands, Sept., 1995.

Psychopathological Manifestation of Cocaine Abuse. In - Drug Abuse in the Decade of the Brain, Sponsored by the Univ. Texas Health Science Center and Houston's Drug-Free Business Initiative. (Gabriel Nahas, M.D., Ph.D. and Leo Hollister, M.D., Chairmen and Organizers). September 22 - 23, 1995.

"Development of Novel Treatment Strategies for Drug Abuse: From Cocaine Antagonists to Rain Forest Alkaloids" Pfizer, Inc., Groton, CT., October, 1995.

"Medication Development of Ibogaine as a Pharmacotherapy for Drug Dependence", Department of Psychiatry, Johns Hopkins University School of Medicine, March, 1996.

"CNS Mechanisms in Cocaine-Related Sudden Death", Dept. Neurology, University of Pittsburgh, April, 1996.

"Ibogaine: Historic Overview, Medical Development and Future Directions, Botanical Preservation Corp., Palenque, Mexico, January, 1997.

"Psychostimulant Abuse", American Academy of Forensic Sciences, New York City, NY, February, 1997.

"Medication Development of the Psychoactive Rainforest Alkaloid Ibogaine for Drug Dependence", University of Minnesota School of Medicine, Seminars in Cross-Cultural Contributions to the Prevention and Treatment of Disease, March, 1997.

Regulation of Dopaminergic Synaptic Markers in Human Cocaine Fatalities, Texas A&M University, Faculty of Neuroscience, April, 1997.

Satellite Meeting, International Society for Neurochemistry/American Society for Neurochemistry, "Safety and Pharmacokinetics of Ibogaine", Hamilton, Bermuda, July, 1997.

Eleventh Annual Symposia on Etiology, Pathogenesis and Prevention of Parkinson's Disease and Hyperkinetic Movement Disorders: "Striatal Dopamine Transporter and D3 Receptor Densities Following Fetal Nigral Transplantation in a Patient with Parkinson's Disease", San Diego, California, September, 1997.

Lehman College, Dept. Biological Sciences, CUNY, Linking Research in Natural Products, Plant Biochemistry, and Biotechnology, "Medication Development of the Psychoactive Rainforest Alkaloid Ibogaine for Drug Dependence", New York City, NY, May, 1998.

"D3 Dopamine and Kappa Opioid Receptor Alterations in Human Brain of Cocaine Overdose Victims." New York Academy of Sciences Meeting: Advancing from the Ventral Striatum to the Extended Amygdala: Implications for Neuropsychiatry and Drug Abuse.  Charlotte, Virginia, October 1998.

"Medication Development of the Psychoactive Rainforest Alkaloid Ibogaine for Drug Dependence", University of Toronto Center for Addiction and Mental Health, Department of Psychiatry, Addiction Research Foundation and Department of Pharmacology Seminar Series, Toronto, Ontario, December 1998.

"Banking Brains: Examples of what we can learn from human postmortem studies", RW Johnson Pharmaceutical Research Institute, San Diego, California, April 1999.

"Adaptive and toxic changes in human brain after chronic abuse of psychostimulant drugs of abuse", ASPET Colloquium: Neurotoxicity of Amphetamines and Related Stimulants. Washington D.C., April 1999.

"Ibogaine: complex pharmacokinetics, concerns for safety, and preliminary efficacy measures" Satellite Meeting of the International Society for Neurochemistry and European Society for Neurochemistry. Copenhagen, Denmark, August 1999.

"Ibogaine research in cocaine addicts, an update of studies in the U.S., St. Kitts, and Israel" MAPS Conference: Clinical Research with MDMA and MDE: A Review of the Latest Research. Dead Sea Conference, Israel, August 21, 1999.

"Using your brain: A neuroscientist's view for aging well into your 90's". President's Council Meeting, University of Miami, February 25, 2000.

"Aging and the Alzheimer's disease: Prospects from the Neurosciences", Alzheimer's Community Care Association of Palm Beach and Martin Counties, March 23, 2000.

"Ibogaine: An alternative approach for treating addiction", University of Minnesota, Dept. of Pharmacology and Neurosciences, May 4, 2000.

"A cure for drug addiction". Miami-Dade Rotary Club, Miami, FL, April 10, 2000.

"The Brain and Aging", Medical School 101 sponsored by Northern Trust Bank, University of Miami, School of Medicine. November 28, 2000.

"Ibogaine Treatment for Heroin Dependence", Florida Society of Addiction Medicine, Orlando, FL February 27, 2001

"Parkinson's Disease and Brain Endowment", Parkinson's disease Support Group of Boca Raton, Boca Community Hospital, Boca Raton, FL, February 24, 2001.

"Ibogaine Treatment and Research Update: Four Year Report on using Ibogaine as an Intervention for Cocaine and Opiate Abusers" , National Institute on Drug Abuse, Office of the Director, May 14, 2001.

"Mapping Dopamine Transporter Regulation in Cocaine Abusers", New York University, School of Medicine, May 29, 2001.

24th Research Society on Alcoholism Symposium. "Dopamine transporter densities in alcohol preferring Vervet monkeys." Montreal, Quebec, Canada, June 24, 2001.

Medical School 101, University of Miami, School of Medicine. "Brain Aging." Miami, FL, October 30, 2001.

Parkinson Association of South Dakota, Sioux Valley Hospital USD Medical Center. "New  Hope for Parkinson's Disease Patients: Research for a Cure." Sioux Falls, South Dakota, October 27, 2001.

Microarray Research – Evolving Standards, Society for Neuroscience, Satellite Symposium. "Banking on Brain: Promises and pitfalls of gene array methodologies in postmortem studies of cocaine dependence." San Diego, California, November 9, 2001.

Institute for Retired Professionals, University of Miami, School of Medicine. "Successful Brain Aging in the 21st Century – How to stay sharp." December 5, 2001.

Terracina Grand. "The Aging Brain." Naples, Florida, January 30, 2002.

North Brevard Parkinson's and Caregiver Support Group. "Advances in Parkinson's Research." Parrish Medical Center, Titusville, Florida, February 18, 2002.

UT Southwestern Medical Center. "Medication development of Ibogaine." Dallas, TX, Annual Addiction Update: Nova 2002, February 22-23, 2002.

Brain Banking Workshop, National Institute of Neurological Disorders and Stroke, National Institute of Health: "Banking on Brains from Cocaine Abusers." March 11-12, 2002.

4th National Harm Reduction Conference: "Ibogaine: Moving beyond Agonist/Antagonist/Maintenance Medications toward an Addiction Interrupter Model." December 2, 2002, Seattle, Washington.

AARP American Association of Retired Professionals: "The Aging Brain." Miami, FL, May 8, 2003.

California Society of Addiction Medicine, State of the Art Conference: "Clinical Aspects of Ibogaine." San Francisco, CA, October 9, 2003.

National Institute on Alcohol Abuse and Alcoholism: "Banking on Brain from Cocaine Abusers: Adaptive neurochemistry, Gene Expression Profiling and More." Rockville, October 22, 2003.

BMAA Conference: "BMAA and ALS: Possible future research categories", Epidemiology and Neurodegenerative Diseases." National Tropical Botanical Garden, Deer Field Valley, Utah, November 29, 2004.

37

American Academy of Addiction Psychiatry: "Ibogaine: Update on an Unusual Addiction Treatment", San Francisco, CA and Atlanta, GA, 2005.

International Narcotics Research Conference, Invited Speaker, Symposium on Prescription and Non-prescription Drug Abuse: "Noribogaine: A Metabolite of the Naturally Occurring Substance Ibogaine Mediates the Beneficial Effects of the Drug on Opiate Withdrawal and Dependence." Annapolis, Maryland, July 12, 2005.

18th European College of Neuropsychopharmacology Congress, Invited Speaker, Symposium on Addictions – New Approaches to Treatment: "Ibogaine Therapy." Amsterdam, the Netherlands, October 23, 2005.

Neurochemistry of Excited Cocaine Delirium, Invited Speaker, Florida Association of Medical Examiners, Annual Conference, Jupiter, Florida, August 16, 2006.

Cocaine Abuse Leads to an Overexpression of Alpha Synuclein: Pathway to Parkinson Disease? Invited Lecturer, University of Mississippi, Department of Pharmacology, September 21, 2006.

Brain Biobanking for Parkinson Disease Research. Invited Lecturer, Genetic Epidemiology of Parkinson's Disease 2nd Annual Meeting, Santorini Greece September 10-12 2006.

Cocaine Excited Delirium. Invited speaker, Ohio Association of Chiefs of Police TASER workshop ,Columbus, Ohio, June 5, 2006

IPICD Annual International Conference, "Psychostimulant Abuse and Excited Delirium", Las Vegas, NV, November 13 - 14, 2006.

National Institute of Justice, Annual Conference. Invited Lecturer, Excited Delirium, Causes and Management, Arlington, VA July 23 -25, 2007.

IPICD Annual International Conference: Sudden Death, Excited Delirium, and In-Custody Death. "Stimulants and the Brain: New and Recent Research Findings." Las Vegas, NV, November 28-30, 2007.

Scripps Research Institute: "Alpha-synuclein, Dopamine Dysfunction, and Cocaine Addiction." Jupiter, FL, December 07, 2007.

Sigma Xi, University of Miami Chapter. A Forum on Oceans and Human Health. The Neurotoxicity of the Blue Green Algal Toxin, BMAA. Dept of Medicine Grand Rounds, CME credit lecture, University of Miami Miller School of Medicine, Jan 23 2008.

Florida Crisis Intervention Team; First Regional CIT Workshop: "PTSD and Excited Delirium." North Broward Medical Center Pompano Beach, Florida. April 22, 2008.

Savannah Parkinson Support Group, Savannah, GA. "The Importance of Brain Research To The Parkinson Community." May 1, 2008.

Mental Health Transformation in Action Conference, sponsored by 11th Judicial Circuit of Florida, Florida Partners in Crisis Miami-Dade Chapter, and Florida Dept of Children and Families Circuits 11 and 16 Substance Abuse and Mental Health Program. CIT Executive and Administrative Training Session: "Excited Delirium." Miami, Florida May 15, 2008.

LNG Seminar series, NIAAA/NIH. Invited speaker: "Identifying Dysregulated Genes in Cocaine Abuse and Excited Delirium." June 20, 2008.

University of Miami, Miller School of Medicine, Department of Neurology Grand Rounds, "Biobanking Brains for Parkinson Disease Research: A Resource for Molecular Neuropathology, Gene Expression Profiling and More." Miami, Fl. June 27, 2008.

Excited Delirium Conference, sponsored by Mental Health America of Greater Dallas. "Neurological Activity Associated with Excited Delirium" Dallas, Texas, Sept 3, 2008.

IPICD Annual International Conference: Excited Delirium and Mental Illness: "Brain, Behavior and Excited Delirium." Las Vegas, NV, October 29-31, 2008.

Biogen Idec / Neurology: "Bio-banking Brains for Parkinson Disease Research: A Resource for Biochemistry, Molecular Neuropathology, and Gene Expression Profiling." Cambridge, MA, January 12, 2009.

Integrative Medicine Symposium and Expo 2009, University of Miami, Miller School of Medicine: "Ibogaine: An Ethnobotanical for the Treatment of Addiction." Miami, FL, April 17, 2009.

Senior Science Series $S^3$ – American Federation for Aging Research of Florida: "Using your Brain: Studies of Successful Aging the Nervous System." Miami, FL, May 1, 2009.

West Virginia University, "Alpha-synuclien, Dopamine Dysfunction and Cocaine Addiction." Morgantown, WV, May 14, 2009.

American College of Emergency Physicians (ACEP), Excited Delirium Task Force Meeting: "A brain disorder? Brain, Behavior, and Excited Delirium." Dallas, TX, May 21, 2009.

The Institute of Ethnomedicine, Sixth International Conference on BMAA, "Cyanobacterial Toxin BMAA: Promises and Pitfalls," Miami, FL, November 3, 2009.

The Institute of Ethnomedicine, Sixth International Conference on BMAA, University of Miami, Rosenstiel School of Marine and Atmospheric Science, "Human Brain Evidence Links Cyanobacterial Neurotoxin BMAA to Neurodegenerative Disease." Miami, FL, November 4, 2009.

UM Experience 2009, University of Miami, "Using Your Brain: Studies of Successful Aging in the Nervous System," Coral Gables, FL, November 5, 2009.

The Kampong National Tropical Botanical Garden Florida, Physicians' Course Schedule. "Psychoactive African Rainforest Alkaloids for Addiction Treatment," Miami, February, 11-13, 2010.

Neuroscience Series Seminar, Florida Atlantic University, "Alpha-synuclein, Dopamine Dysfunction, and Cocaine Addiction." March 16, 2010, Miami, Florida.

University of Miami, Phi Beta Kappa event. "Anecdotes from a lifetime of learning, intellectual growth, and personal enrichment." Coral Gables, FL, April 11, 2010.

Canadian Centre for the Prevention of In-Custody Deaths, Inc 2nd Annual Meeting. "A Brain Disorder? Brain, Behavior, and Excited Delirium." Niagara Falls, Canada. April 19-20, 2010.

7th Annual Natural Health Product Research Conference. Ibogaine Therapy: From Ethnomedicine to New Drug Applications. May 25, 2010, Halifax, Nova Scotia.

University of Miami, Miller School of Medicine, Department of Neurology Grand Rounds, "Cyanobacterial Toxin BMAA in Sporadic Neurodegeneration: from Disease Mechanisms to Therapeutic Interventions." Miami, Fl. September 24, 2010.

Case 2:13-cv-00180-JRG-MCLC   Document 233   Filed 03/01/16   Page 39 of 42   PageID #: 1963

IPICD 6th Annual International Conference on Arrest-Related, Sudden, In-Custody Deaths & Excited Delirium: Invited Speaker "Brain, Behavior and Excited Delirium: Considerations for Risk Management." Las Vegas, NV. November 14-16, 2011.

Ohio State University College of Medicine, Department of Pharmacology, XGEN Meeting Invited Speaker "Alpha Synuclein and Dopamine at the Crossroads of Addiction." April 3-4, 2012

Karolinska Institute, Sweden, Invited speaker "Chronic Drug Induced Changes in the Brain", Sept 5 2012

IPICD 7th Annual International Conference on Arrest-Related, Sudden, In-Custody Deaths & Excited Delirium: Invited Speaker "Identifying ExDS at autopsy: Biomarkers, pathways, and candidate genes." Las Vegas, NV. November 11-13, 2012.

Private Practice Section (PPS) Annual Conference and Exposition Invited Speaker "Innovations in Building Better Brains: From the Board Room-Fitness Facilities." New Orleans, LA. November 8, 2013.

IPICD 8th Annual International Conference on Arrest-Related, Sudden, In-Custody Deaths & Excited Delirium: Invited Speaker "Excited Delirium Syndrome: Brain disorder or political diagnosis ?" Las Vegas, NV. November 18-20, 2013.

IPICD 8th Annual International Conference on Arrest-Related, Sudden, In-Custody Deaths & Excited Delirium: Invited Speaker "Introduction to Brain Anatomy and Behavior" Las Vegas, NV. November 18-20, 2013.

BioFlorida Translating Genetic Research to Clinical Care Workshop: Invited Speaker "NIH Neurobiobanks" Miami, FL. February 1, 2014.

Protein Simple Webinar: Invited Speaker "Simple Western assay of proteins from human post mortem brain" February 12, 2014.

The Rotary Club of Miami: Invited Speaker "Successful Brain Aging." Miami, FL. April 10, 2014.

National Association of Medical Examiners (NAME) 2014 Conference: Oral Presentation "National NeuroBioBank Tissue Sharing Consortium: Networking with Medical Examiners". Portland, OR. September 22, 2014.

IACP 2014 Conference: Invited Speaker "Excited Delirium, What is wrong with this brain?" Orlando, FL October 27, 2014.

IPICD 9th Annual International Conference on Arrest-Related, Sudden, In-Custody Deaths & Excited Delirium: Invited Speaker "Excited Delirium, Stress, and Sudden Death." Las Vegas, NV. November 5, 2014.

The Broward County Crime Commission's Schedule I Narcotics: Investigating the Mental State Behind Violent Crimes Conference: Invited Speaker "Mental Delirium Associated with Bath Salts and Synthetic Marijuana." Deerfield Beach, FL November 14, 2014.

National Institutes of Health Genotype Tissue Expression (GTEx) Symposium: All things considered—biospecimens, 'omics data, and ethical issues: Invited Speaker "Quality Assessment and Dissection of Brain Tissues for GTEx." Bethesda, MD May 20, 2015.

**27. Teaching Awards Received: None**

**28. Current and Past Teaching Responsibilities:**

Undergraduate Psychology Laboratory Course in Visual Psychophysics, Florida State University
Lecturer: University of Miami School of Medicine 2nd year Medical Pharmacology & Combined PhD/MD

Course Organizer: UM Nursing 301, Pharmacology (Fall Semester, 1989 & 1990), Nursing 501, Advanced Clinical Pharmacology for Nurses (Fall, Spring & Summer Semesters, l990 - 1994), NEU631 UM Advanced Seminar Course, Special Topic: Drug abuse and behavior (Spring 2007), MCP638 Neuropharmacology (Fall 2013).

## 29. Thesis and Dissertation Advising

| | |
|---|---|
| Marvin Rossi, Ph.D. | Doctoral Committee Member/ Reader<br>Rush Medical Center, Chicago, IL.<br>Department of Neurological Sciences |
| John Pablo, Ph.D. | Doctoral Advisor<br>University of Miami School of Medicine<br>Program in Neuroscience<br><br>Recipient, American Academy of Clinical Toxicology<br>Kenneth F. Lampe Memorial Research Award<br>TIAA-SOFT Research Award |
| Yousuf Ali, Ph.D. | Doctoral Candidate<br>Department of Cellular and Molecular Pharmacology. |
| Ines Chopra, Ph.D. | Doctoral Candidate<br>Department of Cellular and Molecular Pharmacology. |
| Kris Sarosick, M.S. | Qualifying Exam Committee<br>Dept. of Neurology, 2006 |
| Crystal Humphries, M.S. | PhD Candidate<br>Department of Human Genetics, 2013 |
| Wu Chun, B.S. | Doctoral Candidate<br>Department of Cellular and Molecular Pharmacology |

**Medical Honor's Program**

| | |
|---|---|
| Cyrus Zabetian, M.D. | Resident in Neurology, Univ. Washington at Seattle<br>Recipient, Outstanding Medical Student Award in<br>Neurology & Pharmacology |

| **Postdoctoral Trainees** | **Present Position** |
|---|---|
| Leslie Terry, Ph.D. | Assistant Dean and Professor, Florida Atlantic University |
| Julie Staley, Ph.D. | Associate Professor, Yale University School of Medicine |
| Craig Kovera, Ph.D. | Associate Professor, Touro College of Pharmacy, Department of Pharmaceutical and Biomedical Sciences |
| David Segal, Ph.D. | Research Associate, Dept. of Psychiatry, UM School of Medicine |
| Lionel Raymon, Pharm. D., Ph.D. | USMLE and COMLEX Faculty Lecturer |
| Li Chen, Ph.D. | Research Associate, NINDS, NIH Bethesda, MD |
| John Pablo, Ph.D. | Research Associate, Dept. of Neurology, UM School of Medicine |
| Weiping Shen, M.D., Ph.D. | Research Associate, NINDS, NIH Bethesda, MD |
| Emily Garland, Ph.D. | Research Assoc. Professor, Vanderbilt University, Nashville, TN |
| Yujin Qin, Ph.D. | Research Associate, Univ. Miami, Miller School of Medicine |
| Xiaobin Xie, Ph.D. | Senior Research Associate, Univ. Miami, Miller School of Medicine |
| Michelina Witte, Ph.D. | Research Associate, Univ. Miami, Miller School of Medicine |

41

| Kiyo Mondo, Ph.D. | Postdoctoral Research Associate, Univ. Miami School of Medicine |
| Mehran Taherian MD | Postdoctoral Research Associate, Univ. Miami Miller School of Medicine |
| David Davis, PhD | Senior Research Associate, Univ Miami Miller School of Medicine |

## 30. Departmental, Administrative and Committee Responsibilities:

| 1986 - Present | Director, UM School of Medicine Brain Endowment Bank |
| 1990 – 2000 | Associate Director, Comprehensive Drug Research Center, UM School of Medicine |
| 1990 - 1994 | Medical School Representative, Research Council of the University of Miami |
| 1990 - 1991 | Member, Medical Library Committee |
| 1991 - 1992 | Vice Chairperson, Medical Library Committee |
| 1992 - 1993 | Chairperson, Medical Library Committee |
| 1992 - Present | Member, Graduate Faculty Committee |
| 1993 - 1996 | Scientific Advisory Committee |
| 1995 - 1996 | General Clinical Research Center, Advisory Committee Member |
| 1996 - 1999 | Member, Faculty Senate |
| 1998 - 2002 | Chair, University of Miami Intercollegiate Athletics Drug Testing Committee |
| 2001 | Search Committee, Chairman of Anesthesia, UM Medical School |
| 2003 - 2005 | Search Committee, Parkinson Scholar, Department of Neurology |
| 2013 – 2014 | Administrative Services Committee UM Miller School of Medicine |

## 31. Community Service and Activities:

| 1986 - Present | State of Florida Alzheimer's Disease Initiative - Brain Bank Subcommittee Member |
| 1987 - 1988 | Henderson/New Vistas Mental Health Assoc., Human Rights Subcommittee Member |
| 1989 - Present | Alzheimer's Disease Association, Member of the Miami Chapter's Scientific Advisory Committee |
| 1989- Present | Human Subjects Review Board Member, Miami Jewish Home and Hospital for the Aged at Douglas Gardens |
| 1988 - 1990 | Commissioner, City of North Bay Village, Florida |
| 1990 - 1992 | Commissioner, City of North Bay Village, Florida |
| 1990 - 1991 | WMRZ Healthline (Hosted Sunday Radio Shows to Promote Community Awareness of the UM School of Medicine/JMH Programs of Excellence in Health Care & Research |
| 1988 - 1992 | Commissioner, City of North Bay Village, Florida |
| 1992 - 1994 | Commissioner, City of North Bay Village, Florida |
| 1994 - 1996 | Commissioner, City of North Bay Village, Florida |
| 1992 - Present | Member, Dade County Democratic Executive Committee |
| 1995 - 1997 | Member, Health Council of South Florida (Appointed by Metro-Dade County Commission on November 6, 1995) |
| 1997 - Present | Member, Health Council of South Florida (Appointed by Metro-Dade County Commission as of March 1, 1997) |
| 1996 - 1998 | Commissioner, City of North Bay Village, Florida |
| 1998 - 2000 | Secretary, Health Council of South Florida |
| 2001 | Nominating Committee Member, Miami-Dade Health Policy Authority. |
| 2000 - 2002 | Chairman, Health Council of South Florida |
| 2002 - 2003 | Nominating Committee, Health Council of South Florida |
| 2003 - 2004 | Miami-Dade County Healthcare Task Force, Member |

## Publications

Deborah, C. M. (2013). Commentary on: Johnson MM, David JA, Michelhaugh SK, Schmidt CJ, Bannon MJ. Increased heat shock protein 70 gene expression in the brains of cocaine-related fatalities may be reflective of postdrug survival and intervention rather than excited delirium. J Forensic Sci 2012;57(6):1519-23. Journal of Forensic Sciences, 58(2), 559-561. doi: 10.1111/1556-4029.12081