UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| JOE PEPPERS and NATASHA PEPPERS, )<br>As surviving natural parents and next of kin of )<br>STEWART PEPPERS, deceased, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WASHINGTON COUNTY, TENNESSEE, *et al.*, )<br>)<br>Defendants. ) | NO.: 2:13-CV-180 |

## JUDGMENT

This action came before the Honorable J. Ronnie Greer, District Judge, presiding, and the issues having been duly addressed and a decision having been duly rendered,

It is ORDERED and ADJUDGED that the plaintiffs recover nothing of the defendants and that the action of plaintiffs against the defendants be DISMISSED on the merits.

DATED:

s/*Debra C. Poplin*
CLERK OF COURT